IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL., LITIGATION TRUST, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., CELLCO PARTNERSHIP d/b/a Verizon Wireless, AND VERIZON WIRELESS OF THE EAST, L.P., ) ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) concerning J. Wiley George, filed January 31, 2012. Mr. George seeks to appear as counsel *pro hac vice* for Plaintiff The Fairpoint Communications, Inc., et al. Litigation Trust.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. George is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff The Fairpoint Communications, Inc., et al. Litigation Trust.

Signed: January 31, 2012

David C. Keesler
United States Magistrate Judge