UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00597-W

| | |
|---|---|
| FAIRPOINT COMMUNICATIONS, INC., A Litigation Trust, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON COMMUNICATIONS, INC., et. al., <br><br> Defendants. | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion to Remand (Doc. No. 20), Defendants' Motion to Transfer Venue (Doc. No. 23), and Plaintiff's Motion to Stay Decision on Defendants' Motion to Transfer (Doc. No. 27). The parties have fully briefed these motions, and on February 9, 2012, the Court conducted a hearing on all three motions. For the reasons stated in open court, the Court denies all three motions.

Also before the Court is Defendants' Consent Motion for Extension of Time to Respond to Complaint (Doc. No. 39). For the reasons stated in the consent motion and for good cause shown, it is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Stay (Doc. No. 27) is DENIED, Plaintiff's Motion to Remand (Doc. No. 20) is DENIED, and Defendants' Motion to Transfer Venue (Doc. No. 23) is DENIED. Defendants' Consent Motion to Extend the time to Answer the Complaint (Doc. No. 39) is GRANTED. Defendants shall respond to the Complaint no later than February 29, 2012.

IT IS SO ORDERED.

Signed: February 14, 2012

Frank D. Whitney
United States District Judge