UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 3:11-cv-00597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.* LITIGATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND VERIZON WIRELESS OF THE EAST LP,<br><br>Defendants. | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Mark Holliday, solely in his capacity as Litigation Trustee (the "Trustee") of The FairPoint Communications, Inc. *et al.* Litigation Trust (the "Trust"), and the Trust (collectively "Plaintiff") moves the Court for leave to file a Second Amended Complaint, consistent with the Case Management Order entered on March 21, 2012. Plaintiff attaches the proposed Second Amended Complaint hereto as Exhibit "A".

Plaintiff desires to amend its Complaint for two primary reasons:

(1) To withdraw the Count III claims against Cellco Partnership d/b/a Verizon Wireless and Verizon Wireless of the East LP, consistent with Plaintiff's Response to Defendants' Joint Motion to Dismiss Amended Complaint.

(2) To add Verizon Information Technologies L.L.C. ("VIT") as a party against which Plaintiff seeks to avoid and recover for the alleged fraudulent transfer claims relating to the Transition Services Agreement.

Adding the Defendants' affiliate, VIT, as a defendant cures an alleged pleading deficiency that Defendants asserted in their Joint Motion to Dismiss Amended Complaint.

Filing of the Second Amended Complaint will not cause undue delay in discovery, which has just commenced, and it will not necessitate altering the Case Management Order. There is no bad faith or dilatory motive on the part of Plaintiff.

Indeed, the second reason Plaintiff requests leave to file the Second Amended Complaint --to add VIT as a defendant--is what Defendants assert needs to occur to have the proper Verizon corporate entity as the defendant for the portion of the counts relating to the Transition Services Agreement.

In support of this Motion, Plaintiff files its Memorandum of Law in Support of its Motion for Leave to File a Second Amended Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file its Second Amended Complaint, and such other or additional relief as the Court deems just and proper.

2

Case 3:11-cv-00597-FDW-DCK   Document 60   Filed 05/29/12   Page 2 of 5

Respectfully submitted, this 29th day of May, 2012.

    /s/ Jonathan D. Sasser
Jonathan D. Sasser
**ELLIS & WINTERS LLP**
N.C. State Bar No. 10028
PO Box 33550
Raleigh, North Carolina  27636
Telephone Number:  (919) 865-7000
Facsimile Number:  (919) 865-7010
jon.sasser@elliswinters.com

J. Wiley George (TX Bar. No. 07805445)
Robin Russell (TX Bar No. 17424001)
Charles B. Hampton (TX Bar No. 00793890)
Scott Locher (TX Bar No. 12457500)
**ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, Texas  77002
Telephone Number:  (713) 220-4200
Facsimile Number:  (713) 238-7192
wileygeorge@andrewskurth.com
rrussell@andrewskurth.com
charleshampton@andrewskurth.com
scottlocher@andrewskurth.com

Paul N. Silverstein (NY Bar No. PS 5098)
**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Telephone Number: (212) 850-2800
Facsimile Number: (212) 850-2929
paulsilverstein@andrewskurth.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on May 29, 2012, I conferred in good faith with counsel for Defendants regarding Plaintiff's Motion for Leave to File a Second Amended Complaint and the relief sought therein, and counsel stated that Defendants do not consent to the motion.

By: /s/ Jonathan D. Sasser
Jonathan D. Sasser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were electronically filed today with the United States District Court, Western District of North Carolina using the Court's CM/ECF system which caused copies to be served upon the following counsel of record.

Robert E. Harrington
Andrew W. J. Tarr
**ROBINSON BRADSHAW & HINSON, P.A.**
101 North Tyron Street, Suite 1900
Charlotte, North Carolina 28246
rharrington@rbh.com
atarr@rbh.com

Lee Ann Stevenson
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
leeann.stevenson@kirkland.com

Philip D. Anker
**WILMER CUTLER PICKERING HALE & DORR LLP**
399 Park Avenue
New York, New York 10022
philip.anker@wilmerhale.com

This the 29th day of May, 2012.

By: /s/ Jonathan D. Sasser
Jonathan D. Sasser