| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.* LITIGATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND VERIZON WIRELESS OF THE EAST LP,<br>**Defendants.** | |

## ORDER

Plaintiff's Motion for Leave to File a Second Amended Complaint having regularly come on to be heard by this Court on the _____ day of _____, 2012; and

This Court having considered such Motion, and all proceedings prior to the motion, and having reviewed the proposed Second Amended Complaint and papers submitted by the parties and having heard argument of counsel, and it appearing to this Court that justice requires that the Motion be granted, IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File a Second Amended Complaint is GRANTED, and Plaintiff is ORDERED to file its Second Amended Complaint with the CM/ECF System within seven (7) days of this Order.

This the _____ day of _____, 2012.

_____
U.S. District Court Judge Presiding