IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-597-FDW-DCK

| | |
|---|---|
| FAIRPOINT COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VERIZON COMMUNICATIONS, INC., ) | |
| NYNEX CORPORATION, VERIZON NEW ) | |
| ENGLAND, INC., CELLCO PARTNERSHIP ) | |
| d/b/a Verizon Wireless, AND VERIZON ) | |
| WIRELESS OF THE EAST, L.P., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Protective Order" (Document No. 63) filed June 5, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Protective Order" (Document No. 63) is **GRANTED**.

Signed: June 6, 2012

David C. Keesler
United States Magistrate Judge