

## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

The FairPoint Communications, Inc. et al. )
Litigation Trust )
                                          )
vs.                                       )   Case No. 3:11-cv-00597-FDW-DCK
                                          )
Verizon Communications, Inc.; NYNEX LLC; Verizon New )
England, Inc.; Verizon Information Technologies L.L.C. )
                                          )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, __Robert E. Harrington__, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Danielle Spinelli

**BUSINESS ADDRESS (include firm name):** Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW

**CITY:** Washington   **STATE:** DC   **ZIP:** 20006

**OFFICE TELEPHONE:** ( 202 ) 663-6901   **FAX NUMBER:** ( 202 ) 663-6363

**E-MAIL ADDRESS** (*required*):

danielle.spinelli@wilmerhale.com

This attorney will be representing:

Verizon Communications, Inc.; NYNEX LLC; Verizon New England, Inc.; Verizon Information Technologies L.L.C.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: _____, and/or the highest court of the State of Massachusetts, New York, and the District of Columbia\_\_\_\_, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

s/ Robert E. Harrington

_____

**Signature:**

Robert E. Harrington
**Printed Name**

Robinson, Bradshaw & Hinson, P.A.
**Firm**

101 North Tryon Street, Suite 1900
**Street Address**

Charlotte, North Carolina 28246
**City, State, Zip**

(704) 377-8387
**Telephone Number**

(704) 373-3987
**Fax Number**

rharrington@rbh.com
**E-Mail Address**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on this day using the Court's CM/ECF system which will electronically notify the following counsel of record:

>Jonathan D. Sasser
>James M. Weiss
>**ELLIS & WINTERS LLP**
>PO Box 33550
>Raleigh, North Carolina  27636
>jon.sasser@elliswinters.com
>jamie.weiss@elliswinters.com
>
>J. Wiley George
>Robin Russell
>Charles B. Hampton
>Scott Locher
>**ANDREWS KURTH LLP**
>600 Travis, Suite 4200
>Houston, Texas 77002
>wileygeorge@andrewskurth.com
>rrussell@andrewskurth.com
>champton@akllp.com
>slocher@akllp.com
>
>Paul N. Silverstein
>**ANDREWS KURTH LLP**
>450 Lexington Avenue
>New York, New York  10017
>paulsilverstien@andrewskurth.com

This 10th day of July, 2012.

>s/ Robert E. Harrington
>Robert E. Harrington