IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-cv-00597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., NYNEX LLC, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES L.L.C.,<br><br>Defendant(s). | ORDER<br>GRANTING ADMISSION OF<br>DANIELLE SPINELLI<br>TO PRACTICE *PRO HAC VICE* |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendants Verizon Communications, Inc., NYNEX LLC, Verizon New England, Inc. and Verizon Information Technologies L.L.C. for admission *pro hac vice* of Danielle Spinelli, and it appearing to the Court under Local Rule 83.1(D)(1) that Ms. Spinelli should be admitted *pro hac vice* as representing Defendants Verizon Communications, Inc., NYNEX LLC, Verizon New England, Inc. and Verizon Information Technologies L.L.C. and, **IT IS THEREFORE ORDERED** that the motion is granted and that Danielle Spinelli is admitted to practice before this Court *pro hac vice*.