IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-cv-00597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.*, LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C.,<br><br>Defendants. | |

## MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants Verizon Communications Inc., NYNEX LLC (improperly named in the Second Amended Complaint as NYNEX Corporation), Verizon New England Inc., and Verizon Information Technologies, L.L.C. respectfully move the Court to dismiss Count I of the Second Amended Complaint (Docket No. 68; the "SAC"), in part, and Count II of the SAC in its entirety; and to strike Plaintiff's claim for punitive damages.

The reasons supporting this motion are explained in detail in the supporting memorandum filed contemporaneously herewith.

Dated: July 16, 2012
Charlotte, North Carolina

                                       s/ Robert E. Harrington
                                       Robert E. Harrington
                                       N.C. Bar No. 26967
                                       **ROBINSON, BRADSHAW & HINSON, P.A.**
                                       101 North Tryon Street, Suite 1900
                                       Charlotte, NC 28246
                                       Phone: 704-377-8387
                                       Facsimile: 704-373-3987
                                       rharrington@rbh.com

                                       *Attorneys for Verizon*

*ADMITTED PRO HAC VICE: (OF COUNSEL)*

Lee Ann Stevenson
Matthew F. Dexter
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: 212-446-4917
Facsimile: 212-446-6460
leeann.stevenson@kirkland.com
matthew.dexter@kirkland.com

Philip D. Anker
Craig Goldblatt
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Phone: 212-230-8890
Facsimile: 212-230-8888
philip.anker@wilmerhale.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today using the Court's CM/ECF system which will electronically notify the following counsel of record:

      Jonathan D. Sasser
      James M. Weiss
      **ELLIS & WINTERS LLP**
      PO Box 33550
      Raleigh, North Carolina 27636
      jon.sasser@elliswinters.com
      jamie.weiss@elliswinters.com

      J. Wiley George
      Robin Russell
      Charles B. Hampton
      Scott Locher
      **ANDREWS KURTH LLP**
      600 Travis, Suite 4200
      Houston, Texas 77002
      wileygeorge@andrewskurth.com
      rrussell@andrewskurth.com
      champton@akllp.com
      slocher@akllp.com

      Paul N. Silverstein
      **ANDREWS KURTH LLP**
      450 Lexington Avenue
      New York, New York 10017
      paulsilverstien@andrewskurth.com

This 16th day of July, 2012.

                                              s/ Robert E. Harrington
                                              Robert E. Harrington