UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| THE FAIRPOINT<br>COMMUNICATIONS, INC. *ET AL.*<br>LITIGATION TRUST,<br><br>        **Plaintiff,**<br><br>        **vs.**<br><br>VERIZON COMMUNICATIONS, INC.,<br>NYNEX CORPORATION, VERIZON<br>NEW ENGLAND, INC., AND<br>VERIZON INFORMATION<br>TECHNOLOGIES L.L.C.,<br>        **Defendants.** | Civil Action No. 3:11-cv-00597-FDW-DCK |

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF CORPORATE AFFILIATIONS
AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

      The FairPoint Communications, Inc. et al. Litigation Trust ("the Trust") and Mark Holliday, solely in his capacity as Litigation Trustee of the Trust, who are Plaintiffs, make the following supplemental disclosure answer No. 4 to the Plaintiff's Disclosure filed on December 7, 2011 (Docket #19):

**4.**       **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

        **(X) Yes**                         **( ) No**

      **If yes, identify entity and nature of interest:**

      The Trust was formed pursuant to the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan"), which was confirmed by the Bankruptcy Court on January 13, 2011. The Plan provides that holders of Class 4 - Allowed Prepetition

Credit Agreement Claims and Class 7 - FairPoint Communications Unsecured Claims receive the beneficial interests in the Trust.

Based on records recently provided by Bank of America, NA, which is acting as the Administrative Agent for those who are Allowed Prepetition Credit Agreement Claims holders and records provided by BMC Group, the claims agent for FairPoint Communications, the following entities are believed to have a direct financial interest in the outcome of the litigation that are believed to be or may be publicly held entities:

    Anchorage Capital Master Offshore Ltd by Anchorage Advisors LLC
    Bank of America NA
    Barclays Bank PLC
    Battery Park High Yield Long Short Fund Ltd
    Battery Park High Yield Opportunity Master Fund Ltd by Nomura
    Battery Park High Yield Opportunity Strategic Fund Ltd by Nomura
    BLT 7 LLC
    Capital Ventures International
    Chatham Asset High Yield Master Fund Ltd by Chatham Asset Management
    Chatham Asset Partners Special Situations Master Fund Ltd
    Chatham Eureka Fund LP
    CoBank, ACB
    Confluent 4 Limited
    Corporate Debt Opportunities Fund LP
    Credit Suisse Loan Funding LLC
    Debello Investors LLC
    Deutsche Bank AG Cayman Islands Branch
    Deutsche Bank AG New York Branch
    Deutsche Bank Trust Company Americas
    Diversified Credit Portfolio Ltd by Invesco Ltd
    Fairway Fund Limited
    Fidelity Advisor Series I Fidelity Advisor Floating Rate High Income Fund
    Fidelity Central Inv. Portfolios LLC Fidelity Floating Rate Central Investment Portfolio by Fidelity
    Flagstick Enhanced Credit Master Fund Ltd
    Fore Multi Strategy Master Fund Ltd
    Goldman Sachs Lending Partners LLC
    Gracie Credit Opportunities Master Fund LP
    Greyrock CDO Ltd
    Gruss Global Investors Master Fund Enhanced Ltd
    Gruss Global Investors Master Fund Ltd by Gruss & Co.
    Gulf Stream Compass CLO 2003-1 Ltd

Gulf Stream Compass CLO 2004-1 Ltd
Hayman Capital Master Fund LP
Highland Credit Strategies Fund
Highland Floating Rate Advantage Fund
Highland Floating Rate Fund
Illinois State Board of Investment by McDonnell Investment
Invesco Floating Rate Fund
Invesco Liquid Leveraged Loan Fund LP
Jefferies Leveraged Credit Products LLC
Jersey Street CLO Ltd by Mfs. Investment
JP Morgan Whitefriars Inc.
L C Capital Master Fund Ltd
Landmark III CDO Limited
Landmark IX CDO Ltd
Landmark V CDO Limited
Landmark VI CDO Limited
Landmark VII CDO Ltd
Lehman Commercial Paper Inc. by Lehman Brothers
Loomis Sayles Bond Fund
Loomis Sayles Credit Alpha Master Fund Ltd
Loomis Sayles High Income Fund A Series of Loomis Sayles Fund II
Loomis Sayles Institutional High Income Fund A Series Of Loomis Sayles Fund I
Loomis Sayles Leveraged Senior Loan Fund Ltd by Loomis Sayles
Loomis Sayles Senior Loan Fund LLC
Loomis Sayles Strategic Income Fund
Loomis Sayles US High Yield Bond Trust
Marathon Blue Active Fund Ltd
Marathon Credit Dislocation Fund LP
Marathon Credit Master Fund Ltd
Marathon Credit Opportunity Master Fund Ltd
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunities Offshore Master Fund Ltd
Marathon Special Opportunity Master Fund Ltd
Marlborough Street CLO Ltd
McDonnell Bank Loan Select Master Fund A Class of The McDonnell Bank Loan Select Series Trust I
McDonnell Loan Opportunity Ltd by McDonnell Investment Mgmt.
Merrill Lynch Capital Corporation
Midtown Acquisitions LP
Morgan Stanley Capital Services Inc.
Morgan Stanley Senior Funding Inc.
Mountain Capital CLO III Ltd by Carlyle Investment Management
Nationwide Defined Benefits Master Trust
Natixis Loomis Sayles Senior Loan Fund
NB Distressed Debt Investment Fund Limited
O'Connor Capital Structure Opportunity Master Limited

Oz Special Master Fund Ltd
Paulson Credit Opportunities Master Ltd
Penteli Master Fund Ltd
PPM Monarch Bay Funding LLC
Resolution Master Fund LP by Resolution Partners
Royal Bank of Canada
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities Offshore Master IV LP
Saratoga CLO I Limited By Invesco
Serves 2006 1 Ltd
Silver Oak Capital LLC
Sunrise Partners Limited Partnership
Thrivent Financial for Lutherans
Tunstall Distressed Opportunities Master Fund LP
Twin Haven Special Opportunities Fund III LP
UBS AG Stamford Branch
Varde Investment Partners LP
Veritas CLO I Ltd
Wells Fargo Advantage High Yield Bond Fund
Wells Fargo Advantage Income Opportunities Fund
Wells Fargo Advantage Multi Sector Income Fund
Wells Fargo Bank National Association
Wexford Catalyst Investors LLC
Wexford Spectrum Investors LLC
Yorkville CBNA Loan Funding LLC

Actelis Networks Inc.
Advantage IQ Inc.
Allegheny Power
Allstates Technical Services LLC
AOL Advertising Inc.
APR Consulting Inc.
Atrion Networking Corporation
Bell/Simons Companies
BFI Waste Systems of North America LLC d/b/a Republic Services National Accounts
Burlington Free Press
Caleidoscope Communications Co.
Citadel Broadcasting
Citadel Broadcasting Co. d/b/a WBLM WCYY WHOM & WJBQ
Clifford of Vermont Inc.
Communications Test Design Inc.
Comtrend Corporation
Cox Business Services
Dayco Service Inc.
Downs Rachlin Martin PLLC
Emerson Network Power

Engineers Construction Inc.
Fujitsu Consulting, Inc.
FW Webb Co.
G4 Communications
Gilbane Building Company
Global Bondholder SRV Corp
Hall Communications Inc.
Industrial Air Conditioning Inc.
JT Packard & Assoc. Inc.
KGP Logistics
Lacasse Paving & Const. Co. Inc.
Level 3 Communications LLC
Liquidity Solutions Inc.
Mountain Ltd
New England Traffic Control Service Inc.
New York State Electric & Gas Corp
Power & Telephone Supply Co.
Precision Valley Comm. of VT LLC
Project Flagging Inc.
Resource Laboratories LLC d/b/a Absolute Air Quality
Restructuring Associates Inc.
S&W Services Inc.
Securitas Security Services USA
United Information Technologies
US Bank National Assoc.
WCAX-TV
WGME

There may be other publicly held entities that are Trust interest holders through allowed Class 7 Senior Notes Claims, but that information has not been made available at this time to the Trust or Trustee by the Indenture Trustee representing the Class 7 Senior Notes Claims holders.

Respectfully submitted, this 25th day of July, 2012.

/s/ Jonathan D. Sasser
Jonathan D. Sasser
**ELLIS & WINTERS LLP**
N.C. State Bar No. 10028
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone Number: (919) 865-7000
Facsimile Number: (919) 865-7010
jon.sasser@elliswinters.com

Robin Russell (TX Bar No. 17424001)
**ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, Texas 77002
Telephone Number: (713) 220-4200
Facsimile Number: (713) 238-7192
rrussell@andrewskurth.com

Paul N. Silverstein (NY Bar No. PS 5098)
Jonathan I. Levine (NY Bar No. JL 9674)
Abhishek Mathur (NY Bar No. AM 1269)
**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Telephone Number: (212) 850-2800
Facsimile Number: (212) 850-2929
paulsilverstein@andrewskurth.com
jonathanlevine@andrewskurth.com
abhishekmathur@andrewskurth.com

***ATTORNEYS FOR PLAINTIFF** The FairPoint Communications, Inc. et al. Litigation Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were electronically filed today with the United States District Court, Western District of North Carolina using the Court's CM/ECF system which caused copies to be served upon the following counsel of record.

Robert E. Harrington
Andrew W. J. Tarr
**ROBINSON BRADSHAW & HINSON, P.A.**
101 North Tyron Street, Suite 1900
Charlotte, North Carolina 28246
rharrington@rbh.com
atarr@rbh.com

Lee Ann Stevenson
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
leeann.stevenson@kirkland.com

Philip D. Anker
**WILMER CUTLER PICKERING HALE & DORR LLP**
399 Park Avenue
New York, New York 10022
philip.anker@wilmerhale.com

This the 25th day of July, 2012.

By:     /s/ Jonathan D. Sasser
        Jonathan D. Sasser