# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division
### Civil Action No. 3:11-cv-00597-FDW-DCK

THE FAIRPOINT
COMMUNICATIONS, INC. *ET
AL*. LITIGATION TRUST,

        Plaintiff,

vs.

VERIZON COMMUNICATIONS,
INC., NYNEX CORPORATION,
VERIZON NEW ENGLAND,
INC., AND VERIZON
INFORMATION
TECHNOLOGIES L.L.C.,

    Defendants.

## APPENDIX OF EXHIBITS TO
## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE
## PLAINTIFF'S JURY DEMAND

| | |
|---|---|
| A | Declaration Of Susan L. Sowell |
| B | Order Granting FairPoint's Motion For Thirty-Day Extension Of Deadline To Object To Certain Proofs Of Claim |
| C | Notice Of Presentment Of FairPoint's Motion For Thirty-Day Extension Of Deadline To Object To Certain Proofs Of Claim |
| D | Docket Sheet for FairPoint Bankruptcy Case No. 09-16335-brl, United States Bankruptcy Court, Southern District of New York |

HOU:3248059.1

Respectfully submitted, this 10th day of September, 2012.

/s/ Jonathan D. Sasser
Jonathan D. Sasser
**ELLIS & WINTERS LLP**
N.C. State Bar No. 10028
PO Box 33550
Raleigh, North Carolina  27636
Telephone Number:  (919) 865-7000
Facsimile Number:  (919) 865-7010
jon.sasser@elliswinters.com

Robin Russell (TX Bar No. 17424001)
**ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, Texas  77002
Telephone Number:  (713) 220-4200
Facsimile Number:  (713) 238-7192
rrussell@andrewskurth.com

Paul N. Silverstein (NY Bar No. PS 5098)
Jonathan I. Levine (NY Bar No. JL 9674)
Abhishek Mathur (NY Bar No. AM 1269)
**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Telephone Number: (212) 850-2800
Facsimile Number: (212) 850-2929
paulsilverstein@andrewskurth.com
jonathanlevine@andrewskurth.com
abhishekmathur@andrewskurth.com

**ATTORNEYS FOR PLAINTIFF** the FairPoint
Communications, Inc. *et al*. Litigation Trust

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing was electronically filed today with the United States District Court, Western District of North Carolina using the Court's CM/ECF system. Additionally, I served the foregoing counsel of record in this action via electronic mail, and also via First Class U.S. mail as follows:

Robert E. Harrington
Andrew W. J. Tarr
**ROBINSON BRADSHAW & HINSON, P.A.**
101 North Tyron Street, Suite 1900
Charlotte, North Carolina 28246
rharrington@rbh.com
atarr@rbh.com

Lee Ann Stevenson
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
leeann.stevenson@kirkland.com

Philip D. Anker
**WILMER CUTLER PICKERING HALE & DORR LLP**
399 Park Avenue
New York, New York 10022
philip.anker@wilmerhale.com

This the 10th day of September, 2012.

By:/s/ Jonathan D. Sasser
Jonathan D. Sasser