# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 3:11-cv-00597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.* LITIGATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND VERIZON WIRELESS OF THE EAST LP,<br><br>Defendants. | |

### DECLARATION OF SUSAN L. SOWELL

Pursuant to 28 U.S.C. § 1746, I, Susan L. Sowell, declare under penalty of perjury as follows:

1. I am the Vice President and Assistant General Counsel of FairPoint Communications, Inc. ("FairPoint"). I have personal knowledge of the facts I state herein.

2. I am familiar with the Stipulation Regarding All Remaining Claims Of Verizon Communications Inc. And Its Affiliates ("Stipulation") that FairPoint entered with Verizon on or about March 16, 2012.

3. FairPoint paid a Verizon entity the "Verizon Cash Payment" that is referenced in Paragraph 2 of the Stipulation.

4. FairPoint also delivered to a Verizon entity the Stock Consideration that is referenced in Paragraph 2 of the Stipulation.

I declare under penalty of perjury that the facts stated in this Declaration are true and correct.

Executed on September 10, 2012.

*Susan L. Sowell* (signature)
Susan L. Sowell