# Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
FAIRPOINT COMMUNICATIONS, INC., *et al.*,:    Case No. 09-16335 (BRL)
                                                            :
            Reorganized Debtors.                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

### ORDER GRANTING FAIRPOINT'S MOTION FOR THIRTY-DAY EXTENSION OF DEADLINE TO OBJECT TO CERTAIN PROOFS OF CLAIM

Upon the Motion of FairPoint Communications, Inc. and its affiliated reorganized debtors (collectively, "FairPoint"), dated March 19, 2012,[1] for entry of an order extending the deadline to file objections to certain proofs of claim by thirty days, all as more fully described in the Motion [Docket No. 2532]; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of FairPoint, its estates, creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED THAT**:

1.   The Motion is GRANTED.

2.   Pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 9006(b)(1), and Section 10.1 of the Plan, the deadline for FairPoint to file objections with respect to the

---

[1] Capitalized terms that are used but not otherwise defined in this Order have the meanings ascribed to them in the Motion.

proofs of claim identified in Exhibit A to the Motion is hereby extended through and including April 18, 2012.

3. The relief granted by this Order is without prejudice to the rights of FairPoint to request further extensions of the claims objection deadline.

4. FairPoint is authorized to take all actions necessary to effectuate the relief granted in accordance with this Order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: April 2, 2012
New York, New York

                               /s/ Burton R. Lifland
                               THE HONORABLE BURTON R. LIFLAND
                               UNITED STATES BANKRUPTCY JUDGE