# Exhibit C

PRESENTMENT DATE & TIME: March 30, 2012 AT 12:00 P.M. (ET)
OBJECTION DEADLINE: March 27, 2012 AT 4:00 P.M. (ET)

Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
*Counsel to the Reorganized Debtors*

- and -

Susheel Kirpalani
Benjamin I. Finestone
Katherine Scherling
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
*Conflicts Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
FAIRPOINT COMMUNICATIONS, INC., *et al.*,:   Case No. 09-16335 (BRL)
                                                           :
           Reorganized Debtors.                            :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### NOTICE OF PRESENTMENT OF FAIRPOINT'S MOTION FOR THIRTY-DAY EXTENSION OF DEADLINE TO OBJECT TO CERTAIN PROOFS OF CLAIM

**PLEASE TAKE NOTICE THAT** FairPoint Communications, Inc. and its affiliated reorganized debtors (collectively, "FairPoint") will present the annexed *Motion for Thirty-Day Extension of the Deadline to Object to Certain Proofs of Claim* (the "Motion") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for approval and signature at Room 623 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on March 30, 2012 at 12 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, shall conform to the Bankruptcy Rules and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court (i) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (ii) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (a) Paul Hastings LLP, attorneys for FairPoint, 75 East 55th Street, New York, NY 10022, Attn: Luc A. Despins, Esq. and James T. Grogan, Esq.; (b) Quinn Emanuel Urquhart & Sullivan LLP, conflicts counsel to FairPoint, 51 Madison Avenue, 22nd Floor New York, NY 10010, (c) FairPoint, c/o FairPoint Communications, Inc., 521 East Morehead Street, Suite 500, Charlotte, NC 28202, Attn: Susan L. Sowell, Esq.; and (d) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Andrew D. Velez-Rivera, Esq. and Elisabetta Gasparini, Esq.; so as to be received no later than March 27, 2012 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT**, in the event that no response or objection to the entry of the Order is timely served and filed by the Objection Deadline, the Court may sign and enter the Order.

Dated: March 19, 2012
New York, New York

/s/ James T. Grogan
Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
*Counsel to the Reorganized Debtors*

- and -

Susheel Kirpalani
Benjamin I. Finestone
Katherine Scherling
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
*Conflicts Counsel to the Reorganized Debtors*

PRESENTMENT DATE & TIME: March 30, 2012 AT 12:00 P.M. (ET)
OBJECTION DEADLINE: March 27, 2012 AT 4:00 P.M. (ET)

Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
*Counsel to the Reorganized Debtors*

- and -

Susheel Kirpalani
Benjamin I. Finestone
Katherine Scherling
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
*Conflicts Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re:                                                : Chapter 11
                                                      :
FAIRPOINT COMMUNICATIONS, INC., *et al.*,: Case No. 09-16335 (BRL)
                                                      :
               Reorganized Debtors.                   : (Jointly Administered)
                                                      :
---------------------------------------------------------------x

### FAIRPOINT'S MOTION FOR THIRTY-DAY EXTENSION OF DEADLINE TO OBJECT TO CERTAIN PROOFS OF CLAIM

TO THE HONORABLE BURTON R. LIFLAND,
UNITED STATES BANKRUPTCY JUDGE:

FairPoint Communications, Inc. and its affiliated reorganized debtors (collectively, "FairPoint") submit this motion (the "Motion") seeking entry of an order extending the deadline to object to certain proofs of claim by thirty days, and respectfully represent as follows:

## SUMMARY OF RELIEF REQUESTED

1.      FairPoint is now in the final stages of administering the more than 8,000 claims filed in these chapter 11 cases. Since the Effective Date of FairPoint's *Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Plan"),[1] FairPoint has filed 92 objections and motions to estimate with respect to proofs of claim, approximately 6591 proofs of claim have been disallowed, reduced and allowed, or otherwise resolved by agreement of the parties, and approximately 3095 claims have been satisfied under the terms of the Plan. Moreover, of the *eighty* jointly-administered cases that were originally filed, only *five* chapter 11 cases remain open at this time.

2.      As a result of these significant efforts by FairPoint, fewer than 230 claims held by three claimants remain pending for further action in these cases. These pending proofs of claim (the "Pending Claims") and the current holders of such claims (the "Remaining Claimants") are identified in Exhibit A hereto.[2] The deadline to file objections, if any, to the Pending Claims is currently March 19, 2012.

3.      As noted in FairPoint's prior motion to extend the claims objection deadline, FairPoint is in settlement negotiations with the Remaining Claimants and believes that filing "place-holder" objections to the Pending Claims during these negotiations would be disruptive rather than beneficial to its negotiations. Instead, FairPoint requests that the Court grant a modest 30-day extension to the claim-objection deadline. This additional time will give FairPoint the opportunity to continue its efforts to amicably resolve claims, file objections only where necessary with respect to certain claims, and otherwise complete a full and fair resolution

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.
[2]     As listed Exhibit A hereto, the three Remaining Claimants are: (1) the AT&T affiliates, (2) the Qwest affiliates, and (3) the Verizon affiliates.

2

of the Pending Claims. Furthermore, all of the Remaining Claimants have informed FairPoint that they are agreeable to the brief extension of the deadline to object to their claims. Accordingly, FairPoint submits that an extension of the deadline to object to proofs of claim is warranted.

## JURISDICTION

4.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5.     The statutory and rule-based predicates for the relief sought herein are sections 105(a) and 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 3007 and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

6.     On October 26, 2009 (the "Petition Date"), FairPoint commenced voluntary chapter 11 cases in this Court under the Bankruptcy Code.

7.     On February 4, 2010, the Court entered the *Order Establishing Deadline and Procedures for Filing Proofs of Claim and Approving Manner of Notice Thereof* [Docket No. 568], which established March 18, 2010 at 5:00 p.m. as the last date and time by which proofs of claim must be received by the official claims agent in FairPoint's chapter 11 cases. Approximately 8,260 proofs of claim have been filed in these cases to date.

8.     On December 29, 2010, FairPoint filed the Plan and on January 13, 2011, the Court entered its *Order Confirming Debtors' Third Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Dated As Of December 29, 2010* [Docket No. 2113] and (b) *Findings Of Fact And Conclusions Of Law Regarding The Debtors' Third Amended Joint*

3

*Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Dated As Of December 29, 2010* [Docket No. 2112]. On January 24, 2011, FairPoint's Plan became effective (the "Effective Date").

9. Pursuant to section 15(d) of the Plan, this Court retained jurisdiction to "hear and determine any timely objections to, or requests for estimation of . . . Disputed Claims, in whole or in part." Section 10.1 of the Plan entitles FairPoint to object to Claims on or before one hundred eighty (180) days after the Effective Date. In pertinent part, Section 10.1 of the Plan provides that:

> As of and following the Effective Date, objections to, and requests for estimation of . . . Claims against FairPoint may be interposed and prosecuted only by Reorganized FairPoint. Such objections and requests for estimation shall be served on the respective claimant and filed with the Bankruptcy Court on or before the latest of: (a) one hundred eighty days (180) after the Effective Date or (b) *such later date as may be fixed by the Bankruptcy Court* . . . .

Plan, Section 10.1 (emphasis added).

10. The original deadline to object to claims under the Plan was July 23, 2011 (180 days after the Effective Date). Prior to this deadline, on June 8, 2011, FairPoint filed a motion seeking this Court's authorization to extend that deadline by an additional 180 days [Docket No. 2360]. On June 22, 2011, this Court entered the *Order Extending the Claims Objection Deadline Provided For in the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 2361, the "First Extension Order"], extending the claims objection deadline to January 19, 2012.

11. On January 19, 2012, FairPoint filed a motion requesting this Court's authorization to extend the deadline in the First Extension Order by an additional 60 days [Docket No. 2497]. On February 1, 2012, this Court entered the *Order Granting FairPoint's*

4

*Motion for Sixty-Day Extension of Deadline to Object to Certain Proofs of Claim* [Docket No. 2503], extending the claims objection deadline to March 19, 2012.

## RELIEF REQUESTED

12. Bankruptcy Rule 9006(b)(1) permits the Court, in its discretion, to extend the Claims Objection Deadline for cause, with or without motion or notice. Bankruptcy Rule 9006(b)(1) provides:

> [W]hen an act is required or allowed to be done at or within a specified period . . . by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period prescribed or as extended by a previous order . . .

FED. R. BANKR. P. 9006(b)(1). FairPoint is making the request in this Motion before the occurrence of the current claims objection deadline, and accordingly this request for an extension complies with Bankruptcy Rule 9006(b)(1).

13. Sufficient cause exists to extend the claims objection deadline with respect to the Pending Claims by an additional 30 days, through and including April 18, 2012. Over the past year, FairPoint has nearly completed the process of objecting to, resolving, and satisfying claims. The extension sought here will afford FairPoint a small window of opportunity to continue its efforts to amicably resolve the Pending Claims, file objections where necessary with respect to certain of the Pending Claims, and otherwise engage in a full and fair resolution of the Pending Claims.

14. The relief requested here is also in the best interests of the Remaining Claimaints, whose rights will not be prejudiced by the extension requested herein. FairPoint is currently in negotiations with all of the Remaining Claimants. Absent an extension of the objection deadline, FairPoint would file omnibus objections to disallow the Pending Claims, a process that would likely be disruptive to on-going settlement negotiations with the Remaining Claimants.

FairPoint believes that the better path is to obtain an extension of the claims objection deadline so that FairPoint has an adequate opportunity to try and complete its negotiations with the Remaining Claimants.

15.     Accordingly, FairPoint requests that the Court extend the deadline to object to the proofs of claim identified on <u>Exhibit A</u> to this Motion by 30 days, through and including April 18, 2012, without prejudice to FairPoint's right to request further extensions if warranted.

## **NOTICE**

16.     No trustee or examiner has been appointed in these chapter 11 cases. Notice of this Objection has been provided to the Remaining Claimants and to all other parties entitled to notice pursuant to this Court's Order, dated November 18, 2009, establishing notice procedures in these chapter 11 cases [Docket No. 162]. In light of the nature of the relief requested herein, FairPoint submits that no other or further notice need be provided.

**WHEREFORE**, FairPoint respectfully requests that the Court enter an Order, substantially in the form attached hereto, (i) extending the deadline to object to the proofs of claim identified on <u>Exhibit A</u> to this Motion by 30 days, and (ii) granting FairPoint such other and further relief as is warranted and just.

Dated: March 19, 2012
       New York, New York

/s/ James T. Grogan
Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Reorganized Debtors*

- and -

Susheel Kirpalani
Benjamin I. Finestone
Katherine Scherling
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Conflicts Counsel to the Reorganized Debtors*

## Exhibit A

09-16335-brl Doc 2532 Filed 03/19/12 Entered 03/19/12 14:32:44 Main Document
Claims to be Expunged on Fifth Date
Pg 14 of 18
In re FairPoint Communications, Inc. et al
Case No. 09-16335 Jointly Administered

| Claimant | Address of Claimant | Claim # | Debtor | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **1 AT&T AFFILIATES** | | | | | | | | |
| **(a) AT&T LONG DISTANCE** | AT&T ACCOUNTS RECEIVABLE BANKRUPTCY CTR<br>C/O CHERYL BECKER<br>722 N BROADWAY, FLOOR 11<br>MILWAUKEE, WI 53202 | 10154 | ST ENTERPRISES, LTD. | $0.00 | $0.00 | $0.00 | $1,099.53 | $1,099.53 |
| **(b) AT&T** | JAMES GRUDUS ESQ<br>AT&T SERVICES INC<br>ONE AT&T WAY RM 3A218<br>BEDMINSTER, NJ 07921 | 10225 | SUNFLOWER TELEPHONE COMPANY, INC. | $0.00 | $0.00 | $0.00 | $765.68 | $765.68 |
| | | 10390 | BENTLEYVILLE COMMUNICATIONS CORPORATION | $0.00 | $0.00 | $0.00 | $440.26 | $440.26 |
| | | 10807 | CHOUTEAU TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $184.39 | $184.39 |
| | | 11192 | COLUMBINE TELECOM COMPANY | $0.00 | $0.00 | $0.00 | $6.34 | $6.34 |
| | | 11265 | FAIRPOINT BROADBAND, INC. | $0.00 | $0.00 | $0.00 | $368.42 | $368.42 |
| | | 11822 | ODIN TELEPHONE EXCHANGE, INC. | $0.00 | $0.00 | $0.00 | $2,118.72 | $2,118.72 |
| | | 7526 | ST ENTERPRISES, LTD. | $0.00 | $0.00 | $0.00 | $1,280.12 | $1,280.12 |
| | | 8403 | THE GERMANTOWN INDEPENDENT TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $2,723.83 | $2,723.83 |
| | JAMES A. HUTTENHOWER<br>AT&T Corp.<br>225 W. RANDOLPH STREET<br>FLOOR 25D<br>CHICAGO, IL 60606 | 8875 | BLUESTEM TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $2,757.46 | $2,757.46 |
| | | 8938 | FAIRPOINT COMMUNICATIONS MISSOURI, INC. | $0.00 | $0.00 | $0.00 | $4,610.53 | $4,610.53 |
| **(c) AT&T ADVERTISING & PUBLISHING** | | 11895 | FAIRPOINT BROADBAND, INC. | $0.00 | $0.00 | $0.00 | $288.14 | $288.14 |
| **(d) AT&T CORP** | | 4567 | FAIRPOINT COMMUNICATIONS, INC. | $444,926.79 | $0.00 | $0.00 | $0.00 | $444,926.79 |
| **(e) AT&T CORP** | | 781 | FAIRPOINT COMMUNICATIONS, INC. | $0.00 | $0.00 | $0.00 | $5,566.02 | $5,566.02 |
| | | 6470 | TELEPHONE OPERATING COMPANY OF VERMONT LLC | $13,046.27 | $0.00 | $0.00 | $0.00 | $13,046.27 |
| | | 6471 | TELEPHONE OPERATING COMPANY OF VERMONT LLC | $4,914.46 | $0.00 | $0.00 | $0.00 | $4,914.46 |
| | | 6482 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $7,162.58 | $0.00 | $0.00 | $0.00 | $7,162.58 |
| | | 6483 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $48,997.73 | $0.00 | $0.00 | $0.00 | $48,997.73 |
| | | 6561 | ELLENSBURG TELEPHONE COMPANY | $427,773.13 | $0.00 | $0.00 | $0.00 | $427,773.13 |
| | | 6562 | TACONIC TELEPHONE CORP. | $28,226.63 | $0.00 | $0.00 | $0.00 | $28,226.63 |
| | | 6563 | BERKSHIRE TELEPHONE CORPORATION | $5,389.95 | $0.00 | $0.00 | $0.00 | $5,389.95 |
| | | 6609 | GTC, INC. | $4,692.76 | $0.00 | $0.00 | $0.00 | $4,692.76 |
| | | 6610 | YCOM NETWORKS, INC. | $6,453.48 | $0.00 | $0.00 | $0.00 | $6,453.48 |
| | | 6611 | GTC, INC. | $244,279.98 | $0.00 | $0.00 | $0.00 | $244,279.98 |
| | | 8032 | GTC, INC. | $427,773.13 | $0.00 | $0.00 | $0.00 | $427,773.13 |
| | | 8033 | ELLENSBURG TELEPHONE COMPANY | $244,279.98 | $0.00 | $0.00 | $0.00 | $244,279.98 |
| **(f) AT&T MOBILITY** | | 10672 | SIDNEY TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $264.25 | $264.25 |
| | | 10771 | MAINE TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $4,100.63 | $4,100.63 |
| | | 10811 | CHOUTEAU TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $866.27 | $866.27 |
| | | 11153 | FAIRPOINT COMMUNICATIONS MISSOURI, INC. | $0.00 | $0.00 | $0.00 | $11.11 | $11.11 |
| | | 11564 | STANDISH TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $4,728.76 | $4,728.76 |
| | | 7553 | FAIRPOINT VERMONT, INC. | $0.00 | $0.00 | $0.00 | $355.00 | $355.00 |
| | | 7661 | NORTHLAND TELEPHONE COMPANY OF MAINE, INC. | $0.00 | $0.00 | $0.00 | $2,236.97 | $2,236.97 |
| | | 8577 | PEOPLES MUTUAL TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $2,447.75 | $2,447.75 |
| | | 8829 | COMMUNITY SERVICE TELEPHONE CO. | $0.00 | $0.00 | $0.00 | $725.18 | $725.18 |

-1-

09-16335-brl    Doc 2532    Filed 03/19/12    Entered 03/19/12 14:32:44    Main Document
Exhibit B
Claims to be Reclassified    Pg 12 of 18

In re FairPoint Communications, Inc. et al
Case No. 09-16335 Jointly Administered

| Claimant | Address of Claimant | Claim # | Debtor | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| (g) AT&T OPUS | | s11174 | ODIN TELEPHONE EXCHANGE, INC. | $0.00 | $0.00 | $0.00 | $11.55 | $11.55 |
| | | s8943 | FAIRPOINT COMMUNICATIONS MISSOURI, INC. | $0.00 | $0.00 | $0.00 | $652.88 | $652.88 |
| (h) AT&T SERVICES ET AL | | 4564 | THE ORWELL TELEPHONE COMPANY | $2,135.80 | $0.00 | $0.00 | $0.00 | $2,135.80 |
| | | 4569 | FAIRPOINT COMMUNICATIONS, INC. | $2,150.43 | $0.00 | $0.00 | $0.00 | $2,150.43 |
| (i) BELLSOUTH TELECOMMUNICATIONS INC | | 4566 | FAIRPOINT COMMUNICATIONS, INC. | $11,781.86 | $0.00 | $0.00 | $0.00 | $11,781.86 |
| (j) BELLSOUTH TELECOMMUNICATIONS INC | | 7869 | FAIRPOINT COMMUNICATIONS, INC. | $0.00 | $0.00 | $0.00 | $346.67 | $346.67 |
| (k) NEW CINGULAR WIRELESS PCS LLC | | 6474 | FAIRPOINT COMMUNICATIONS, INC. | $454,062.89 | $0.00 | $0.00 | $0.00 | $454,062.89 |
| | | 6476 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $42,069.12 | $0.00 | $0.00 | $0.00 | $42,069.12 |
| | | 6477 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $336,310.01 | $0.00 | $0.00 | $0.00 | $336,310.01 |
| | | 6576 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $121,697.30 | $0.00 | $0.00 | $0.00 | $121,697.30 |
| | | 6566 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $6,642.96 | $0.00 | $0.00 | $0.00 | $6,642.96 |
| (l) SBC GLOBAL SERVICES INC | | 7978 | FAIRPOINT COMMUNICATIONS, INC. | $0.00 | $0.00 | $0.00 | $11,557.06 | $11,557.06 |
| (m) SBC LONG DISTANCE LLC | | 609 | FAIRPOINT COMMUNICATIONS, INC. | $0.00 | $0.00 | $0.00 | $2,213.69 | $2,213.69 |
| (n) SOUTHWESTERN BELL TELEPHONE CO ET AL | | 4565 | EXOP OF MISSOURI, INC. | $137.25 | $0.00 | $0.00 | $0.00 | $137.25 |
| | | 4568 | FAIRPOINT COMMUNICATIONS, INC. | $33,573.22 | $0.00 | $0.00 | $0.00 | $33,573.22 |
| (o) TELEPORT COMMUNICATION GROUP INC | | 6578 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $5,669.02 | $0.00 | $0.00 | $0.00 | $5,669.02 |
| (p) TELEPORT COMMUNICATIONS OF BOSTON | | 6475 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $297,934.01 | $0.00 | $0.00 | $0.00 | $297,934.01 |

- 2 -

CHARLOTTE #33635 v1

09-16335-brl    Doc 2532    Filed 03/19/12    Entered 03/19/12 14:32:44    Main Document
Exhibit B
Claims to be Reclassified    Pg 14 of 18

In re FairPoint Communications, Inc. et al
Case No. 09-16335 Jointly Administered

| Claimant | Address of Claimant | Claim # | Debtor | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **2 QWEST AND AFFILIATES** | | | | | | | | |
| (a) QWEST COMMUNICATIONS COMPANY LLC | ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>Denver, CO 80202 | 7413 | FAIRPOINT COMMUNICATIONS, INC. | $0.00 | $0.00 | $0.00 | $682,864.39 | $682,864.39 |
| | | 5576 | FAIRPOINT COMMUNICATIONS, INC. | $0.00 | $0.00 | $0.00 | $264,935.67 | $264,935.67 |
| (b) QWEST CORPORATION | ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>Denver, CO 80202 | 136 | ELLENSBURG TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $115.46 | $115.46 |
| | | 137 | YCOM NETWORKS, INC. | $0.00 | $0.00 | $0.00 | $28.29 | $28.29 |
| | | 138 | FREMONT TELCOM CO. | $0.00 | $0.00 | $0.00 | $126.12 | $126.12 |
| | | 7959 | BIG SANDY TELECOM, INC. | $0.00 | $0.00 | $0.00 | $3,127.25 | $3,127.25 |
| | | 7960 | COLUMBINE TELECOM COMPANY | $0.00 | $0.00 | $0.00 | $9,696.43 | $9,696.43 |
| | | 7961 | ELLENSBURG TELEPHONE COMPANY | $0.00 | $0.00 | $0.00 | $902.55 | $902.55 |
| | | 7962 | FREMONT TELCOM CO. | $0.00 | $0.00 | $0.00 | $3,192.20 | $3,192.20 |
| | | 7963 | FRETEL COMMUNICATIONS, LLC | $0.00 | $0.00 | $0.00 | $17,359.63 | $17,359.63 |
| | | 7964 | SUNFLOWER TELEPHONE COMPANY, INC. | $0.00 | $0.00 | $0.00 | $626.13 | $626.13 |
| | | 7965 | YCOM NETWORKS, INC. | $0.00 | $0.00 | $0.00 | $2,709.15 | $2,709.15 |
| (c) QWEST CORPORATION & QWEST COMMUNICATIONS CO LLC | REED SMITH<br>NICOLE K O'SULLIVAN<br>599 LEXINGTON AVE, FL 22<br>NEW YORK, NY 10022 | 8232 | FAIRPOINT COMMUNICATIONS, INC. | $0.00 | $39,858.83 | $0.00 | $0.00 | $39,858.83 |

- 3 -

09-16335-brl    Doc 2532    Filed 03/19/12    Entered 03/19/12 14:32:44    Main Document
Exhibit 4
Claims to be Reclassified by Debtor and Filed Date
Page 14 of 18

In re FairPoint Communications, Inc. et al
Case No. 09-16335 Jointly Administered

| Claimant | Address of Claimant | Claim # | Debtor | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| 3 THE AFFILIATES OF VERIZON COMMUNICATIONS INC | DARRYL S LADDIN ESQ ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW STE 2100 Atlanta, GA 30363-1031 | | | | | | | |
| | | 6000, 7791 | GITCO SALES, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6001, 7792 | GTC COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6002, 7814 | GTC FINANCE CORPORATION | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6003, 7815 | GTC, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6004, 7802 | MAINE TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6005, 7803 | MARIANNA AND SCENERY HILL TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6006, 7804 | MARIANNA TEL, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6007, 7805 | MJD SERVICES CORP. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6008, 7811 | MJD VENTURES, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6009, 7812 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6010, 7813 | NORTHLAND TELEPHONE COMPANY OF MAINE, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6011, 7789 | ODIN TELEPHONE EXCHANGE, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6012, 7788 | ORWELL COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6013, 7787 | PEOPLES MUTUAL LONG DISTANCE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6014, 7786 | PEOPLES MUTUAL SERVICES COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6015, 7830 | PEOPLES MUTUAL TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6016, 7829 | QUALITY ONE TECHNOLOGIES, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6017, 7838 | RAVENSWOOD COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6018, 7780 | THE ORWELL TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6019, 7781 | UI COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6020, 7782 | UI LONG DISTANCE, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6021, 7783 | UI TELECOM, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6022, 7784 | UNITE COMMUNICATIONS SYSTEMS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6023, 7846 | UTILITIES, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6024, 7845 | YATES CITY TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6025, 7785 | YCOM NETWORKS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6026, 7841 | TELEPHONE OPERATING COMPANY OF VERMONT LLC | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6027, 7839 | TELEPHONE SERVICE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6028, 7840 | THE COLUMBUS GROVE TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6029, 7847 | THE EL PASO TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6030, 7779 | THE GERMANTOWN INDEPENDENT TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6031, 7837 | SIDNEY TELEPHONE COMPANY | $6,708,949.64 | $0.00 | $0.00 | $0.00 | $6,708,949.64 |
| | | 6032, 7836 | ST COMPUTER RESOURCES, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6033, 7835 | ST ENTERPRISES, LTD. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6034, 7834 | ST LONG DISTANCE, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6035, 7833 | ST. JOE COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6036, 7832 | STANDISH TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6037, 7831, 8010 | SUNFLOWER TELEPHONE COMPANY, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6038, 7844 | TACONIC TECHNOLOGY CORP. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6039, 7843 | TACONIC TELCOM CORP. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6040, 7806 | FAIRPOINT COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6041, 7774 | BE MOBILE COMMUNICATIONS, INCORPORATED | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6042, 7775 | BENTLEYVILLE COMMUNICATIONS CORPORATION | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6043, 7776 | BERKSHIRE CABLE CORP. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6044, 7777 | BERKSHIRE CELLULAR, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6045, 7778 | BERKSHIRE NET, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6046, 7825 | BERKSHIRE NEW YORK ACCESS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |

- 4 -

CHARLOTTE #33635 v1

In re FairPoint Communications, Inc. et al
Case No. 09-16335 Jointly Administered

| Claimant | Address of Claimant | Claim # | Debtor | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| | | 6047, 7824 | BERKSHIRE TELEPHONE CORPORATION | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6048, 7823 | BIG SANDY TELECOM, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6049, 7822 | BLUESTEM TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6050, 7821 | C & E COMMUNICATIONS, LTD. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6051, 7820 | CHAUTAUQUA & ERIE COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6052, 7819 | CHAUTAUQUA AND ERIE TELEPHONE CORPORATION | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6053, 7818 | CHINA TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6054, 7817 | CHOUTEAU TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6055, 7816 | COLUMBINE TELECOM COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6056, 7794 | COMMTEL COMMUNICATIONS INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6057, 7795 | COMMUNITY SERVICE TELEPHONE CO. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6058, 7796 | C-R COMMUNICATIONS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6059, 7798 | C-R TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6060, 7790 | GIT-CELL, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6061, 7799 | EL PASO LONG DISTANCE | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6062, 7793 | COMERCO, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6063, 7797 | C-R LONG DISTANCE, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6064, 7800 | ELLENSBURG TELEPHONE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6065, 7801 | ELLTEL LONG DISTANCE CORP. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6066, 7828 | ENHANCED COMMUNICATIONS OF NORTHERN NEW ENGLAND INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6067, 7807 | EXOP OF MISSOURI, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6068, 7808 | FAIRPOINT BROADBAND, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6069, 7809 | FAIRPOINT CARRIER SERVICES, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6070, 7810 | FAIRPOINT COMMUNICATIONS MISSOURI, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6071, 7842 | TACONIC TELEPHONE CORP. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6072, 7773 | GERMANTOWN LONG DISTANCE COMPANY | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6073, 7772 | FRETEL COMMUNICATIONS, LLC | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6074, 7771 | FREMONT TELCOM CO. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6075, 7770 | FREMONT BROADBAND, LLC | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6076, 7769 | FAIRPOINT VERMONT, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6077, 7768 | FAIRPOINT LOGISTICS, INC. | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6078, 7827 | FAIRPOINT COMMUNICATIONS SOLUTIONS CORP. - VIRGINIA | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |
| | | 6079, 7825 | FAIRPOINT COMMUNICATIONS SOLUTIONS CORP. - NEW YORK | $6,681,464.00 | $0.00 | $0.00 | $0.00 | $6,681,464.00 |

- 5 -

**Proposed Order**