# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:11-cv-00597-W

| | |
|---|---|
| FAIRPOINT COMMUNICATIONS, INC., A Litigation Trust, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| VERIZON COMMUNICATIONS, INC., et. al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER and NOTICE OF HEARING**

THIS MATTER is before the Court on the parties' jointly-filed Motion to Amend the Scheduling Order (Doc. No. 77). Because the proposed deadlines do not alter any hearing or trial deadlines and because it will allow briefing on dispositive motions to become ripe in advance of the scheduled hearing week, the Court GRANTS the Joint Motion to Amend (Doc. No. 77). The new deadlines are as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | December 3, 2012 |
| Defendants' Expert Reports | January 4, 2013 |
| Rebuttal Expert Reports | January 30, 2013 |
| Discovery Completion | February 8, 2013 |
| ADR | February 15, 2013 |
| Dispositive Motions (filed) | February 18, 2013 |

All other deadlines as set forth in the Case Management Order (Doc. No. 52) shall remain, including the hearing week and trial setting.

Also before the Court is the parties' jointly-filed Motion for Oral Argument (Doc. No. 83) on Defendants' pending Motion to Dismiss. The Court hereby GRANTS the Joint Motion for Oral Argument (Doc. No. 83).

TAKE NOTICE that a hearing on Defendants' Motion to Dismiss (Doc. No. 73) and on Defendants' Motion to Strike Plaintiff's Jury Demand (Doc. No. 86) will take place before the undersigned on Monday, October 22, 2012, at 9:30 a.m. in Courtroom #1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202. Each side will have a total of twenty-five (25) minutes to argue both motions and may allocate their time as they so wish.

IT IS SO ORDERED.

Signed: October 5, 2012

Frank D. Whitney
United States District Judge