IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-cv-00597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.* LITIGATION TRUST<br><br>Plaintiff,<br><br>- v. -<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES L.L.C.,<br><br>Defendants. | |

## JOINT STIPULATION EXTENDING DISCOVERY DEADLINE TO COMPLETE EXPERT WITNESS DEPOSITIONS

Pursuant to Rule 29 of the Federal Rules of Civil Procedure and the Court's March 21, 2012 Case Management Order [Dkt. #52] as modified by the Court's October 5, 2012 Order [Dkt. #96], Defendants Verizon Communications Inc., NYNEX LLC, Verizon New England Inc. and Verizon Information Technologies, LLC, and Plaintiff The FairPoint Communications, Inc. et al., Litigation Trust (collectively, the "Parties") hereby stipulate that although the deadline to complete discovery was scheduled for February 8, 2013, the Parties have agreed to extend the deadline for taking depositions of those witnesses whom the Parties have identified as providing testimony under Rules 702, 703 or 705 up through and including March 10, 2013. The specific witnesses who may be deposed during this extension are: Carlyn Taylor, Shay Edmondson, Edward C. Osterberg, Steven E. Turner, Raymond Groth, Debra Aron, Robert H. Wellen and Craig Elson.

Dated: February 6, 2013

| | |
|---|---|
| s/ Jonathan D. Sasser<br>Jonathan D. Sasser<br>N.C. Bar No. 10028<br>**ELLIS & WINTERS LLP**<br>PO Box 33550<br>Raleigh, North Carolina 27636<br>Phone: (919) 865-7000<br>Facsimile: (919) 865-7010<br>jon.sasser@elliswinters.com<br><br>*Of Counsel:*<br>J. Wiley George<br>Charles B. Hampton<br>W. Scott Locher<br>**ANDREWS KURTH LLP**<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Phone: (713) 220-4200<br>Facsimile: (713) 238-7192<br>rrussell@andrewskurth.com<br>wileygeorge@andrewskurth.com<br>slocher@akllp.com<br><br>*Attorneys for Plaintiff* | s/ Robert E. Harrington<br>Robert E. Harrington<br>N.C. Bar No. 26967<br>Andrew W. J. Tarr<br>N.C. Bar No. 31827<br>**ROBINSON, BRADSHAW & HINSON, P.A.**<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br>Phone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rharrington@rbh.com<br><br>*Of Counsel:*<br>William H. Pratt<br>Lee Ann Stevenson<br>Matthew F. Dexter<br>*(All Admitted Pro Hac Vice)*<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 446-4917<br>Facsimile: (212) 446-6460<br>leeann.stevenson@kirkland.com<br>matthew.dexter@kirkland.com<br><br>Philip D. Anker<br>Craig Goldblatt<br>(*All Admitted Pro Hac Vice*)<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Phone: (212) 230-8890<br>Facsimile: (212) 230-8888<br>Philip.anker@wilmerhale.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the United States District Court, Western District of North Carolina using the Court's CM/ECF system which will electronically notify the following counsel of record:

>Jonathan D. Sasser
>James M. Weiss
>**ELLIS & WINTERS LLP**
>PO Box 33550
>Raleigh, North Carolina  27636
>jon.sasser@elliswinters.com
>jamie.weiss@elliswinters.com
>
>J. Wiley George
>Robin Russell
>Charles B. Hampton
>Scott Locher
>**ANDREWS KURTH LLP**
>600 Travis, Suite 4200
>Houston, Texas 77002
>wileygeorge@andrewskurth.com
>rrussell@andrewskurth.com
>champton@akllp.com
>slocher@akllp.com
>
>Paul N. Silverstein
>**ANDREWS KURTH LLP**
>450 Lexington Avenue
>New York, New York  10017
>paulsilverstien@andrewskurth.com

This 6th day of February, 2013.

>s/ Robert E. Harrington
>Robert E. Harrington