## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:11-CV-00597-FDW-DCK

| | | |
|---|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion For Leave To File Unredacted Defendants' Motion For Summary Judgment And Memorandum Of Law And Certain Supporting Exhibits Under Seal" (Document No. 115) filed February 19, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion For Leave To File Unredacted Defendants' Motion For Summary Judgment And Memorandum Of Law And Certain Supporting Exhibits Under Seal" (Document No. 115) is **GRANTED**.

Signed: February 20, 2013

David C. Keesler
United States Magistrate Judge