IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-cv-00597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.* LITIGATION TRUST,<br><br>        Plaintiff,<br><br>- v. -<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C.,<br><br>        Defendants. | |

## DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.1(G), Defendants Verizon Communications Inc., NYNEX LLC, Verizon New England Inc., and Verizon Information Technologies LLC (collectively, "Verizon") file this notice of substitution of Bartlit Beck Herman Palenchar & Scott LLP ("Bartlit Beck") for Kirkland & Ellis LLP ("Kirkland & Ellis") as its counsel. All other counsel of record for Verizon shall remain as co-counsel with Bartlit Beck. Verizon further states as follows:

   1.  William H. Pratt, Lee Ann Stevenson, Matthew F. Dexter, and Joshua B. Simon of Kirkland & Ellis (the "Kirkland & Ellis attorneys") currently serve as counsel of record for Verizon in this lawsuit. Verizon has engaged Philip S. Beck, Mark L. Levine, James B. Heaton, III, Brian C. Swanson, and Abby M. Mollen of Bartlit Beck (the "Bartlit Beck attorneys") to replace the Kirkland & Ellis attorneys as counsel of record upon the Bartlit Beck attorneys'

admission pursuant to Local Civil Rule 83.1(B)(1).  All current counsel of record for Verizon other than the Kirkland & Ellis attorneys, who will cease to be counsel of record upon the filing of this Notice pursuant to Local Civil Rule 83.1(G), shall remain as co-counsel with Bartlit Beck.

2. Concurrently with this Notice, Verizon is filing motions for admission *pro hac vice* for the Bartlit Beck attorneys.  Pursuant to Local Civil Rule 83.1(B)(1), each Bartlit Beck attorney will associate with Robert E. Harrington and Andrew W. J. Tarr of Robinson, Bradshaw & Hinson, P.A., local counsel of record for Verizon in this lawsuit.

Respectfully submitted,

Dated: March 5, 2013
Charlotte, North Carolina

s/ Robert E. Harrington
Robert E. Harrington
N.C. Bar No. 26967
Andrew W. J. Tarr
N.C. Bar No. 31827
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Phone: 704-377-2536
Facsimile: 704-378-4000
rharrington@rbh.com
atarr@rbh.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today using the Court's CM/ECF system which will electronically notify the following counsel of record:

>Jonathan D. Sasser
>James M. Weiss
>**ELLIS & WINTERS LLP**
>PO Box 33550
>Raleigh, North Carolina 27636
>jon.sasser@elliswinters.com
>jamie.weiss@elliswinters.com
>
>J. Wiley George
>Robin Russell
>Charles B. Hampton
>Scott Locher
>**ANDREWS KURTH LLP**
>600 Travis, Suite 4200
>Houston, Texas 77002
>wileygeorge@andrewskurth.com
>rrussell@andrewskurth.com
>champton@akllp.com
>slocher@akllp.com
>
>Paul N. Silverstein
>**ANDREWS KURTH LLP**
>450 Lexington Avenue
>New York, New York 10017
>paulsilverstein@andrewskurth.com

This 5th day of March, 2013.

>s/ Robert E. Harrington
>Robert E. Harrington