# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL., LITIGATION TRUST, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND VERIZON WIRELESS OF THE EAST, L.P., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 123) filed by Robert E. Harrington, concerning Mark L. Levine, filed March 5, 2013. Mr. Levine seeks to appear as counsel *pro hac vice* for Defendants Verizon Communications, Inc., NYNEX LLC, Verizon New England, Inc., and Verizon Information Technologies L.L.C.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice Pro Hac Vice" (Document No. 123) is **GRANTED**. Mr. Levine is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendants Verizon Communications, Inc., NYNEX LLC, Verizon New England, Inc., and Verizon Information Technologies L.L.C.

Signed: December 14, 2012

David C. Keesler
United States Magistrate Judge