# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "The Trust's Consent Motion For Leave To File Unredacted The Trust's Response To Defendants' Motion For Summary Judgment And Memorandum Of Law And Certain Supporting Exhibits Under Seal" (Document No. 132) filed March 8, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "The Trust's Consent Motion For Leave To File Unredacted The Trust's Response To Defendants' Motion For Summary Judgment And Memorandum Of Law And Certain Supporting Exhibits Under Seal" (Document No. 132) is **GRANTED**.

**SO ORDERED**.

Signed: March 11, 2013

David C. Keesler
United States Magistrate Judge