IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion To Substitute Corrected Exhibits" (Document No. 138) filed March 19, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice.

Although the caption states the motion is "Unopposed," the motion does not state that the parties conferred pursuant to Local Rule 7.1(B) or that Defendants consented. In addition, it is unclear what, if any, difference there is between this motion and Document No. 139.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion To Substitute Corrected Exhibits" (Document No. 138) is **DENIED WITHOUT PREJUDICE**.

Signed: March 19, 2013

David C. Keesler
United States Magistrate Judge