IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER** <br>) |
| VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Renewed Unopposed Motion To Substitute Corrected Exhibits" (Document No. 142) filed March 21, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' counsel consent to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Renewed Unopposed Motion To Substitute Corrected Exhibits" (Document No. 142) is **GRANTED**.

Signed: March 22, 2013

David C. Keesler
United States Magistrate Judge