| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.* LITIGATION TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES L.L.C., <br><br> Defendants. | |

**PLAINTIFF'S NOTICE REGARDING ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to the Court's request at the April 3, 2013 hearing, The FairPoint

Communications, Inc. et al. Litigation Trust ("Trust") and Mark Holliday, solely in his capacity

as Litigation Trustee of the Trust, hereby advise the Court that both Bank of America NA and

Wells Fargo Bank National Association are named beneficiaries of the Trust. Mr. Holliday and

the Trust are unable to exclude the possibility that those two entities nonetheless have no direct

financial interest in this litigation.

A listing of entities having a financial interest in the litigation, and that may be publicly

traded, was filed with the Court on July 25, 2012, as docket entry # 78.  There may be other

potentially publicly held entities that are Trust interest holders through allowed Class 7 Senior

Notes Claims, but that information has not been made available at this time to the Trust or Trustee by the Indenture Trustee representing the Class 7 Senior Notes Claims holders.

This the 8th day of April, 2013.

/s/ Jonathan D. Sasser
Jonathan D. Sasser
Ellis & Winters LLP
N.C. State Bar No. 10028
PO Box 33550
Raleigh, North Carolina  27636
Telephone Number:  (919) 865-7000
Facsimile Number:  (919) 865-7010
jon.sasser@elliswinters.com

J. Wiley George (TX Bar. No. 07805445)
Robin Russell (TX Bar No. 17424001)
Charles B. Hampton (TX Bar No. 00793890)
Scott Locher (TX Bar No. 12457500)
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas  77002
Telephone Number:  (713) 220-4200
Facsimile Number:  (713) 238-7192
wileygeorge@andrewskurth.com
rrussell@andrewskurth.com
charleshampton@andrewskurth.com
scottlocher@andrewskurth.com

Paul N. Silverstein (NY Bar No. PS 5098)
Andrews Kurth LLP
450 Lexington Avenue
New York, New York 10017
Telephone Number: (212) 850-2800
Facsimile Number: (212) 850-2929
paulsilverstein@andrewskurth.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed today using the Court's CM/ECF system that will electronically notify and serve the following counsel of record:

Robert E. Harrington
Andrew W. J. Tarr
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tyron Street, Suite 1900
Charlotte, North Carolina 28246
rharrington@rbh.com
atarr@rbh.com

Philip S. Beck
James B. Heaton, III
Mark L. Levine
Abby Marie Mollen
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
philip.beck@bartlit-beck.com
tamara.hoogewerf@bartlit-beck.com
jb.heaton@bartlit-beck.com
mark.levine@bartlit-beck.com
abby.mollen@bartlit-beck.com
brian.swanson@bbhps.com

Philip D. Anker
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
philip.anker@wilmerhale.com

Craig Goldblatt
Danielle Spinelli
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvanis Ave., NW
Washington, DC 20006
craig.goldblatt@wilmerhale.com
danielle.spinelli@wilmerhale.com

Scott H. Angstreich
Reid M. Figel
Andrew E. Goldsmith
David L. Schwarz
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL
1615 M Street, N.W.
Washington D.C. 20036
sangstreich@khte.com
rfigel@khhte.com
agoldsmith@khhte.com
dschwarz@khhte.com


This the 8th day of April, 2013.

By:   /s/ Jonathan D. Sasser
      Jonathan D. Sasser
      Ellis & Winters LLP
      N.C. State Bar No. 10028
      PO Box 33550
      Raleigh, North Carolina  27636
      Telephone Number:  (919) 865-7000
      Facsimile Number:  (919) 865-7010
      jon.sasser@elliswinters.com

-4-