UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00597-MOC-DCK

| | |
|---|---|
| **FAIRPOINT COMMUNICATIONS, INC., et al. LITIGATION TRUST,** ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| **VERIZON NEW ENGLAND, INC., et al.,** ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on defendants' Motion for Summary Judgment (#116) and Motion for Reconsideration of Order Denying Motion to Strike Plaintiff's Jury Demand (#97). Having considered defendants' motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Summary Judgment (#116) and Motion for Reconsideration of Order Denying Motion to Strike Plaintiff's Jury Demand (#97) are CALENDARED for oral arguments on May 22, 2013, at 11:00 a.m.

Signed: May 3, 2013

Max O. Cogburn Jr.
United States District Judge