IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv597

| | |
|---|---|
| FAIRPOINT COMMUNICATIONS, INC., ET AL., LITIGATION TRUST, ) ) ) Plaintiffs, ) ) ) Vs. ) ) VERIZON COMMUNICATIONS, INC., ET AL., ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the court on defendant's Motion to Continue Docket Call (#151). Having carefully considered the motion and the reasons given by counsel during the July 3, 2013 conference call, the court will grant the motion.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Docket Call (#151) is **GRANTED**, and trial is continued until December 2, 2013 with the location yet to be determined.

Signed: July 3, 2013

Max O. Cogburn Jr.
United States District Judge