IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-00597-FDW-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C., | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "The Trust's Consent Motion For Leave To File The Trust's Unredacted Response To Defendants' Motion To Exclude Certain Opinions Of The Trust's Expert Carlyn R. Taylor And Memorandum In Support Of The Trust's Motion To Exclude Declaration Of Bradford Cornell" (Document No. 159) filed October 7, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "The Trust's Consent Motion For Leave To File The Trust's Unredacted Response To Defendants' Motion To Exclude Certain Opinions Of The Trust's Expert Carlyn R. Taylor And Memorandum In Support Of The Trust's Motion To Exclude Declaration Of Bradford Cornell" (Document No. 159) under seal is **GRANTED**.

Signed: October 8, 2013

David C. Keesler
United States Magistrate Judge