IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-597-MOC-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES, L.L.C., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion For Leave To File Defendants' Trial Brief, Defendants' Proposed Findings Of Fact And Conclusions Of Law, And Defendants' Deposition Designations Under Seal" (Document No. 176) filed November 25, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion For Leave To File Defendants' Trial Brief, Defendants' Proposed Findings Of Fact And Conclusions Of Law, And Defendants' Deposition Designations Under Seal" (Document No. 176) is **GRANTED**.

Signed: November 26, 2013

David C. Keesler
United States Magistrate Judge