IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-597-MOC-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST, ) ) ) Plaintiff, ) ) v. ) ) VERIZON COMMUNICATIONS, INC., ) NYNEX CORPORATION, VERIZON NEW ) ENGLAND, INC., AND VERIZON ) INFORMATION TECHNOLOGIES, L.L.C., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "The Trust's Consent Motion For Leave To File The Trust's Trial Brief, The Trust's Proposed Findings Of Fact And Conclusions Of Law, And The Trust's Deposition Designations Under Seal" (Document No. 180) filed November 25, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "The Trust's Consent Motion For Leave To File The Trust's Trial Brief, The Trust's Proposed Findings Of Fact And Conclusions Of Law, And The Trust's Deposition Designations Under Seal" (Document No. 180) is **GRANTED**.

Signed: November 26, 2013

David C. Keesler
United States Magistrate Judge