UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 3:11-CV-00597-MOC-DCK

THE FAIRPOINT COMMUNICATIONS, INC., *et al.*
LITIGATION TRUST,
    Plaintiff,
vs.

VERIZON COMMUNICATIONS, INC.,
NYNEX CORPORATION, VERIZON
NEW ENGLAND, INC., and
VERIZON INFORMATION TECHNOLOGIES L.L.C.,
    Defendants.

## THE TRUST'S TRIAL EXHIBIT LIST

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic / Dep. Ex. | | |
| PX001 | 9/6/2005 | Email from John Diercksen re FYIs re Hogan and Access Lines — Fitzgerald 75 | | |
| PX002 | 9/28/2005 | Email from John Diercksen re Asset Presentation — Fitzgerald 76 | | |
| PX003 | 10/4/2005 | Email from John Fitzgerald re Cincinnati Bell — Fitzgerald 77 | | |
| PX004 | 11/9/2005 | Email from John Fitzgerald re FYI re Fairpoint Billing System Problems — Smith 23 | | |
| PX005 | 2/13/2006 | Email from Stephen Smith re Verizon Access Lines — Diercksen 173 | | |
| PX006 | 3/24/2006 | Email from Stephen Smith and attached Preliminary Nor'easter Model | | |
| PX007 | 5/19/2006 | Email from Robert Barish re Nor'Easter Model — Smith 467 | | |
| PX008 | 6/2/2006 | Email from John Fitzgerald re Your VM; attached Board update | | |
| PX009 | 7/13/2006 | Email from Stephen Smith re FRP - Thank You — Smith 26 | | |
| PX010 | 8/11/2006 | Email from Ivan Ivanov re FRP lists — Smith 60 | | |
| PX011 | 8/15/2006 | Nor'Easter IT Update August 15, 2006 | | |
| PX012 | 8/17/2006 | Email from Walt Leach re Project Nor'easter and attached Initial intelligence memo dated 8-14-06 — Balhoff 154 | | |
| PX013 | 8/17/2006 | Email from Stephen Smith re Fairpoint Model | | |
| PX014 | 9/22/2006 | Email from John Fitzgerald re Nor'easter — Fitzgerald 79 | | |
| PX015 | 10/17/2006 | Email from Paul Vasilopoulos re Fairpoint Update | | |
| PX016 | 10/18/2006 | Email from Stephen Smith re Models and Presentations, and attachment | | |
| PX017 | 10/26/2006 | Email from Don Birchenough re Fairpoint — Vasilopoulos 500 | | |
| PX018 | 11/29/2006 | Email from Stephen Smith re Term Sheet — Smith 59 | | |
| PX019 | 11/29/2006 | Email from Stephen Smith re Term Sheet, and attachment | | |
| PX020 | 11/30/2006 | Email from John Diercksen re Term Sheet | | |
| PX021 | 11/30/2006 | Email from Stephen Smith re Term Sheet, and attachment | | |
| PX022 | 12/4/2006 | Email from Stephen Smith re BOD Material, and attachment | | |
| PX023 | 12/12/2006 | Email from Paul Vasilopoulos re Fairpoint update — Vasilopoulos 502 | | |

| Trial Ex. | Date | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|---|
| | | Topic | Dep. Ex. | | |
| PX024 | | INTENTIONALLY LEFT BLANK | | | |
| PX025 | 1/4/2007 | Presentation materials - Nor'Easter Review, January 4, 2007 | Olson 91 | | |
| PX026 | 1/4/2007 | Email from Robert Skuba re Presentation for 2:30 Meeting - Revised, with attachment | | | |
| PX027 | 1/5/2007 | Email from Stephen Smith re Cost of Capital for Nor'easter, with attachment | Olson 90 | | |
| PX028 | 1/9/2007 | Email from Donald Leonard re Further Comment on Final Verizon of Nor'Easter Review Presentation | | | |
| PX029 | 1/15/2007 | Email from Doreen Toben re Noreaster - Merrill Lynch Presentation, with attachment | | | |
| PX030 | 1/15/2007 | Master Services Agreement between Capgemini and Fairpoint Communications | Burger 3 | | |
| PX031 | 1/26/2007 | Email from David Mayhew re FairPoint 2 of 2 | Vasilopoulos 503 | | |
| PX032 | 1/28/2007 | Email from Steve Micciche re January 2007 Daily Line Loss | Smith 54 | | |
| PX033 | 1/31/2007 | Transmittal to Vermont Public Service Board and attached Joint Petition | | | |
| PX034 | 1/31/2007 | Transmittal to Maine Public Utilities Commission and attached Joint Application for Approvals | | | |
| PX035 | 1/31/2007 | Transmittal to New Hampshire Public Utilities Commission and attached Joint Application for Approval | | | |
| PX036 | 2/13/2007 | Email from Stephen Smith re Nor'easter | Smith 27 | | |
| PX037 | 2/28/2007 | Email from John Diercksen re FYI | Smith 25 | | |
| PX038 | 3/7/2007 | Email from Stephen Smith re Summary Financials | Olson 92 | | |
| PX039 | 3/7/2007 | Email from John Diercksen re Summary Financials | Smith 61 | | |
| PX040 | 3/23/2007 | Verizon Transmittal to New Hampshire Public Utilities Commission and attached Direct Testimony of Stephen E. Smith | Smith 11 | | |
| PX041 | 4/3/2007 | Email from Stephen Smith re Nor'easter | | | |
| PX042 | 4/6/2007 | Email from Win Bennett re Nor'easter - Conveyed Systems Request - Draft Prices for Internal Review | Smith 28 | | |
| PX043 | 4/26/2007 | Email from Stephen Smith re Houlihan Lokey Proposal | | | |
| PX044 | 4/30/2007 | Email from Philip Marx re Houlihan Lokey Drafts | | | |
| PX045 | 6/27/2007 | Rebuttal testimony of Stephen E. Smith - Vermont Public Service Board | | | |
| PX046 | 6/28/2007 | Email from John Diercksen re Voice Message from Mr. Johnson | Smith 38 | | |
| PX047 | 7/10/2007 | Email from John Diercksen re Engineering Dataroom on July 16-18 | Smith 39 | | |
| PX048 | 7/16/2007 | Email from Stephen Smith re Telecom 2008-2012, and attachment | | | |
| PX049 | 8/6/2007 | Email from John Diercksen re DSL Expansion Planning - Document in Lieu of call this AM | Smith 40 | | |
| PX050 | 8/14/2007 | Email from Stephen Smith re Just spoke with Harry Arts | Nixon 136 | | |
| PX051 | 8/20/2007 | Email from Stephen Smith re Nor'easter TSA | | | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | |
| PX052 | 8/15/2007 | Email from Walt Leach re Balhoff Rowe Prof Services Agreement August to November, and attachment | Balhoff 153 | |
| PX053 | 8/17/2007 | Email from Win Bennett re Leach Testimony for Maine | Leach 143 | |
| PX054 | 8/22/2007 | Email from Ellen Cummings and attached Rebuttal Testimony of Stephen Smith and Ann Morrison - Maine PUC | | |
| PX055 | 9/7/2007 | Transcript of Hearing before Vermont Public Service Board | | |
| PX056 | 9/10/2007 | Email from Ellen Cummings and attached Rebuttal Testimony of Stephen Smith - New Hampshire | Smith 13 | |
| PX057 | 9/13/2007 | Email from David Pearson re Verizon/Fairpoint | Johnson 126 | |
| PX058 | 9/14/2007 | Email from Michael Balhoff re Fairpoint Savings Analysis, and attachment | Balhoff 167 | |
| PX059 | 9/20/2007 | Email from John Diercksen re Bank Selection for the FairPoint (Spinco) Bond Offering | Olson 94 | |
| PX060 | 9/25/2007 | Email from John Diercksen re Maine PUC | Diercksen 186 | |
| PX061 | 9/26/2007 | Email from Stephen Smith re Working Model | Smith 468 | |
| PX062 | 10/4/2007 | Maine PUC Request for Approval of Affiliated Interest Transaction and Transfer of Assets | | |
| PX063 | 10/17/2007 | Email from Ellen Cummings and attached Verizon Vermont's Initial Brief and Proposed Findings of | Smith 14 | |
| PX064 | 10/18/2007 | Letter Agreement between Houlihan Lokey and Verizon | Smith 62 | |
| PX065 | 10/22/2007 | Email from Mike Haga re Needing Assistance | Haga 401 | |
| PX066 | 10/24/2007 | Transcript of hearing before New Hampshire Public Utilities Commission | Morrison 451 | |
| PX067 | 10/30/2007 | Houlihan Lokey Due Diligence Information | | |
| PX068 | 11/2/2007 | Transmittal to Maine Public Utilities Commission and attached Verizon's Maine Brief | Smith 15 | |
| PX069 | 11/3/2007 | Email from John Diercksen re Steering Committee | Smith 17 | |
| PX070 | 11/3/2007 | Email from John Diercksen re Steering Committee | Smith 18 | |
| PX071 | 11/6/2007 | Email from John Diercksen re Nor'easter | Smith 19 | |
| PX072 | 11/12/2007 | Email from Richard DeRose and attached Houlihan Lokey Due Diligence Request List 10-30-07 | Leach 148 | |
| PX073 | 11/12/2007 | Email from Stephen Smith re Due Diligence Request List 10-30-07 | Leach 149 | |
| PX074 | 11/15/2007 | Email from John Fitzgerald re M&A Fees for 3Q | Fitzgerald 84 | |
| PX075 | 11/19/2007 | Email from Alexis Borden re Responses to Due Diligence Questions | | |
| PX076 | 11/21/2007 | Email from John Diercksen re Classes for Directors | Bennett 65 | |
| PX077 | 11/21/2007 | Transmittal to New Hampshire Public Utilities Commission and attached Verizon's New Hampshire Brief | Smith 16 | |
| PX078 | 11/26/2007 | Email from Stephen Smith re FRP RAP | Bennett 68 | |
| PX079 | 11/27/2007 | Email from Ellen Cummings and attached public version of Examiner's Report -Maine PUC | | |
| PX080 | 11/28/2007 | Email from John Diercksen re Nor'Easter, and attachment | Diercksen 180 | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | |
| PX081 | 11/29/2007 | Email from Paul Vasilopoulos re NH consumer advocate against FRP/VZ deal | Hayes 504 | |
| PX082 | 11/29/2007 | Email from Don Birchenough re Fairpoint/VZNE | | |
| PX083 | 12/2/2007 | Email from Stephen Smith re Your thoughts needed | | |
| PX084 | 12/3/2007 | Email from John Diercksen re Fairpoint invoice for Reimbursement of Public Relations Expenditures | Smith 20 | |
| PX085 | 12/4/2007 | Email from Smith re Con-call: Nor'easter - Could VZ benefit from an alternative approach to stand-up FRP systems | Hye 107 | |
| PX086 | 12/10/2007 | Email from Joseph Dufresne re FRP | Hayes 506 | |
| PX087 | 12/17/2007 | Email from John Fitzgerald re Rating Agency Presentation Draft | Fitzgerald 86 | |
| PX088 | 12/20/2007 | Ratings Agency Presentation December 20, 2007 | Bennett 69 | |
| PX089 | 12/21/2007 | Email from Neil Olson re Fairpoint Rating Agency meetings | Smith 10 | |
| PX090 | 12/21/2007 | Email from John Diercksen re FRP Stock off 7.5% | | |
| PX091 | 1/4/2008 | Email from Vanessa Roberts and attached Discussion materials | Cope 317 | |
| PX092 | 1/1/2008 | Verizon Code of Conduct | Diercksen 190 | |
| PX093 | 1/4/2008 | Email from John Fitzgerald re Banking Relationship Reports - 12/31/2007 | Fitzgerald 85 | |
| PX094 | 1/4/2008 | Email from James Brophy re Missing Product Data - Vital information to tie it all together | Hye 108 | |
| PX095 | 1/4/2008 | Email from John Diercksen re Maine regulators accept Verizon-FairPoint deal | Smith 21 | |
| PX096 | 1/5/2008 | Email from Paul Vasilopoulos re Fairpoint/Gene Johnson | Hayes 508 | |
| PX097 | 1/12/2008 | Email from John Diercksen re Union Advertising/Rally Plans | | |
| PX098 | 1/13/2008 | Email from John Diercksen re NNE New | | |
| PX099 | 1/15/2008 | Email from Stephen Smith re Nor'Easter - response | Smith 46 | |
| PX100 | 1/15/2008 | Email from Debbie Aubrey re Verizon Test Lab Access | | |
| PX101 | 1/21/2008 | Email from Stephen Smith re Data Extracts & FRP new systems | Hye 109 | |
| PX102 | 1/21/2008 | Email from Stephen Smith re Data Extracts & FRP new systems | Hye 110 | |
| PX103 | 1/25/2008 | Email from Win Bennett re Docket 7270 - DPS Comments on Labor Suspension Motion | Bennett 66 | |
| PX104 | 1/25/2008 | Email from Peter Nixon re Product defn details | Haga 402 | |
| PX105 | 1/30/2008 | Email from Stephen Smith re FRP/Capgemini Intellectual Property in lieu of Vz concessions | Hye 111 | |
| PX106 | 1/30/2008 | Email from Stephen Smith re Open Items | Smith 47 | |
| PX107 | 1/31/2008 | Email from John Diercksen re Liberty Reports re Three State Staff Statement of Scope on Cutover Monitoring | Smith 52 | |
| PX108 | 2/1/2008 | Email from John Crowley re Transition/Transaction | Nixon 135 | |
| PX109 | 2/1/2008 | Email from John Diercksen re Fairpoint/Verizon App. - Technical Hearing Transcript | Diercksen 191 | |

| Trial Ex. | Date | DESCRIPTION | Dep. Ex. | Identified By | Admitted |
|---|---|---|---|---|---|
| | | Topic | | | |
| PX110 | 2/2/2008 | Email from Mark Schade re Confidentiality Agreement, and attachment | | | |
| PX111 | 2/4/2008 | Email from Margaret Bik re January 2008 Retail Residence Daily Line Loss, and attachment | | | |
| PX112 | 2/5/2008 | Transcript of Hearing before New Hampshire PUC | Morrison 452 | | |
| PX113 | 2/5/2008 | Email from Daniel Kelly re FRP | Cope 319 | | |
| PX114 | 2/6/2008 | Email from Stephen Smith re Issue re Verizon Conveyed Systems Support | Smith 29 | | |
| PX115 | 2/6/2008 | Email from Stephen Smith re Liberty Reports re Three State Staff Statement of Scope on Cutover Monitoring | Smith 53 | | |
| PX116 | 2/6/2008 | Email from William Wiltshire re Fairpoint | Hayes 510 | | |
| PX117 | 2/7/2008 | Email from Stephen Smith re Conveyed Systems Support | Smith 30 | | |
| PX118 | 2/9/2008 | Email from Paul Vasilopoulos re Draft Amendment Model | Hayes 511 | | |
| PX119 | 2/12/2008 | Email from Hassan Hye re Conveyed Systems Support | Hye 112 | | |
| PX120 | 2/12/2008 | Email from Paul Vasilopoulos re Fairpoint Update | Hayes 513 | | |
| PX121 | 2/12/2008 | Email from Paul Vasilopoulos re Fairpoint Update | | | |
| PX122 | 2/13/2008 | Email from Christopher Johnson re Fairpoint | Hayes 514 | | |
| PX123 | 2/14/2008 | Email from Peter Nixon re Test Lab Access | Haga 404 | | |
| PX124 | 2/14/2008 | Email from Peter Nixon re Test Lab Access | Burger 304 | | |
| PX125 | 2/14/2008 | Northern New England Spinco Inc. Schedule 13G filed 2/14/2008 | | | |
| PX126 | 2/15/2008 | Email from Stephen Smith re Proposal for Verizon Support and IP Joint Ownership, and attachment | Smith 31 | | |
| PX127 | 2/19/2008 | Email from Stephen Smith re Nor'Easter Revenue and Volume Estimate, and attachment | Olson 97 | | |
| PX128 | 2/19/2008 | Email from Richard Casavechia re Nor'Easter Bond Offering - Summary of Structure Thoughts | Cope 343 | | |
| PX129 | 2/20/2008 | Email from Laure Bolla re Revised Nor'easter Deck, and attachment | Smith 63 | | |
| PX130 | 2/21/2008 | Email from John Diercksen re Any news on FRP progress with the unions? | Smith 22 | | |
| PX131 | 2/21/2008 | Email from Stephen Smith re Solvency Opinion | | | |
| PX132 | 2/21/2008 | Email from Stephen Smith re Solvency Opinion, and attachment | | | |
| PX133 | 2/22/2008 | Email from Arun Santhanam re Thank you - assistance needed - update from Telcordia | Nixon 139 | | |
| PX134 | 2/22/2008 | Email from Stephen Smith re Certificates re Special Payment and Spinco Securities | | | |
| PX135 | 2/22/2008 | Email from Richard DeRose re Houlihan Lokey Opinion | | | |
| PX136 | 2/25/2008 | Petition for Authority to Transfer Assets and Franchise - New Hampshire PUC | Morrison 450 | | |
| PX137 | 2/26/2008 | Email from John Diercksen re NNY - NH Transaction approval order | | | |
| PX138 | 2/25/2008 | Email from Steve Smith Verizon/FairPoint - Order Issued | Diercksen 182 | | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | |
| PX139 | 2/26/2008 | Email from Win Bennett re Cutover Date | | |
| PX140 | 2/27/2008 | Email from Tom Griffin re FairPoint Financial Diligence Call, and attachment | Olson 98 | |
| PX141 | 2/27/2008 | Email from Ivan Ivanov re Competitive Line Loss | Smith 462 | |
| PX142 | 2/28/2008 | Email from Stephen Smith re First Look 4Q07: Results In-Line, Merger Close Expected 3/31/08 (FRP, Neutral, $10.63, Target $17.00) | | |
| PX143 | 2/28/2008 | Email from John Diercksen re FRP earnings call summary | Smith 36 | |
| PX144 | 2/28/2008 | Email from Vicky Weatherwax re CR #321 - Request for SOAC tables | Haga 405 | |
| PX145 | 2/29/2008 | Email from Margaret Bik re February 2008 Retail Residence Daily Line Loss, and attachment | | |
| PX146 | 3/3/2008 | Email from Margaret Bik re February 2008 Retail Residence Daily Line Loss, and attachment | | |
| PX147 | 2/29/2008 | Email from Donna Higgins re Business Daily Access Line Loss Report: 02/27/08, and attachment | | |
| PX148 | 2/25/2008 | Northern New England Spinco Inc. Form 8-K | | |
| PX149 | 2/29/2008 | Email from Arun Santhanam re CR #321 - Request for SOAC tables | | |
| PX150 | 3/6/2008 | Email from Neil Kahrim re Bring Down Due Diligence - Today at Noon (beginning of drafting) | Cope 320 | |
| PX151 | 3/6/2008 | Deutsch Bank Securities Engagement Letter with Fairpoint | Hayes 516 | |
| PX152 | 3/10/2008 | Email from Stephen Smith re Jan '08 Noreaster Metrics, and attachment | Smith 464; Smith 55 | |
| PX153 | 3/10/2008 | Email from John Diercksen re Liberty Monthly Cutover Monitoring Report | Smith 24 | |
| PX154 | 3/10/2008 | Email from Stephen Smith re Immediate Action Required - CO Survey Req | Smith 42 | |
| PX155 | 3/10/2008 | Email from Hassan Hye re Urgent - FairPoint request for additional SOAC data | Smith 43 | |
| PX156 | 3/11/2008 | Email from Stephen Smith re Revised amendment - JMB Comments - URGENT | Smith 44 | |
| PX157 | 3/11/2008 | Email from Vanessa Roberts re Proposed VZ CP Calls for Tuesday March 11 | | |
| PX158 | 3/11/2008 | Email from Gary Willke re Noreaster Metrics Schedule Updated for Feb 08, with attachment | Smith 465 | |
| PX159 | 3/11/2008 | Email from Rajeev Emany re FairPoint Revised Roadshow Investor Presentation | Bennett 73 | |
| PX160 | 3/11/2008 | Email from Richard Swift re FairPoint Communications Market Update 03.11.08 | Cope 323 | |
| PX161 | 3/12/2008 | Email from Joshua Gregg re FairPoint Communications Update, and attachment | Zubieta 528 | |
| PX162 | 3/13/2008 | Email from Brett Trzcinski re FRP Roadshow - Sankaty | Cope 324 | |
| PX163 | 3/13/2008 | Email from Brett Trzcinski re FRP Roadshow - | Cope 325 | |
| PX164 | 3/13/2008 | Email from Brett Trzcinski re FRP Roadshow - MacKay Sheilds | Cope 326 | |
| PX165 | 3/14/2008 | Email from Brett Trzcinski re FRP Roadshow - | Cope 327 | |

| Trial Ex. | Date | Description / Topic | Dep. Ex. | Identified By | Admitted |
|---|---|---|---|---|---|
| PX166 | 3/14/2008 | Email from William Hughes re VZ | Olson 99 | | |
| PX167 | 3/14/2008 | Email from John Rote re FRP | Cope 328 | | |
| PX168 | 3/14/2008 | Email from Stephen Smith and attached Proposal for Verizon Support and IP Joint Ownership | Smith 32 | | |
| PX169 | 3/15/2008 | Email from Ayman Zameli re Steve Smith | Cope 331 | | |
| PX170 | 3/15/2008 | Email from Ayman Zameli re Steve Smith | Zubieta 525 | | |
| PX171 | 3/15/2008 | Email from Peter Sorrentino re Smith Discussion, and attachment | Smith 5 | | |
| PX172 | 3/16/2008 | Email from Daniel Kelly re Smith Discussion | Cope 332 | | |
| PX173 | 3/16/2008 | Email from Stephen Smith re NH Line Loss Letter | | | |
| PX174 | 3/17/2008 | Email from Tom Griffin re Smith Discussion | Johnson 121 | | |
| PX175 | 3/17/2008 | Email from Vanessa Roberts re Smith Discussion | Smith 6 | | |
| PX176 | 3/17/2008 | Email from Walt Leach re NH Line Loss Letter | | | |
| PX177 | 3/17/2008 | Email from Neil Olson re FairPoint Communications Primary - new publication | | | |
| PX178 | 3/17/2008 | Email from Gary Willke re NH Access Lines | Smith 56 | | |
| PX179 | 3/17/2008 | Email from Peter Sorrentino re Smith Discussion | Zubieta 526 | | |
| PX180 | 3/17/2008 | Email from Stephen Micciche re NH Access Lines | Smith 57 | | |
| PX181 | 3/17/2008 | Email from Ayman Zameli re Smith Discussion | | | |
| PX182 | 3/17/2008 | Email from Michael Masters re Smith Discussion | | | |
| PX183 | 3/18/2008 | Email from Michael Masters re Fairpoint Communications Primary - publication "PUC Integration - Bloomberg | Smith 7 | | |
| PX184 | 3/18/2008 | Email from Joshua Gregg re Fairpoint Integration | | | |
| PX185 | 3/18/2008 | Email from Vanessa Roberts re Steve Smith call | | | |
| PX186 | 3/18/2008 | Email from Philippe Moggio re Verizon Call | Cope 338 | | |
| PX187 | 3/18/2008 | Email from Lee Newitt re FRP Investor Question | Johnson 127 | | |
| PX188 | 3/18/2008 | Email from Neil Olson | Cope 335 | | |
| PX189 | 3/18/2008 | Email from Daniel Kelly | Cope 337 | | |
| PX190 | 3/18/2008 | Email from Daniel Kelly | Cope 339 | | |
| PX191 | 3/18/2008 | Email from Philippe Moggio re Verizon Call | | | |
| PX192 | 3/18/2008 | Email from Stephen Smith re Verizon Call Details | Smith 8 | | |
| PX193 | 3/18/2008 | Email from Philippe Moggio re Verizon Call | | | |
| PX194 | 3/18/2008 | Email from Stephen Smith re NH Line Loss Letter | | | |
| PX195 | 3/19/2008 | Email from Neil Olson re Fairpoint Pricing Call | Olson 100 | | |
| PX196 | 3/19/2008 | Email from Philippe Moggio re Verizon Integration Call, and attachment | Olson 101 | | |
| PX197 | 3/19/2008 | Email from Diego Mahecha re FRP | | | |
| PX198 | 3/19/2008 | Email from Neil Olson re FRP/VZ - DD List for tomorrow | Olson 102 | | |
| PX199 | 3/19/2008 | Email from Stephen Smith re NH Line Loss Letter, with attachment | | | |
| PX200 | 3/19/2008 | Email from Peter Sorrentino re FairPoint talks $540M of 10-year bonds at 11.5% | Cope 345 | | |
| PX201 | 3/19/2008 | Email from Joshua Gregg re Fairpoint Book | Zubieta 529 | | |
| PX202 | 3/20/2008 | Email from Neil Kahrim re Co-Manager Due Diligence | | | |
| PX203 | 3/20/2008 | Email from Robert Ferris re Proj. Nor'easter roadshow - Janus call | Cope 342 | | |

| Trial Ex. | Date | DESCRIPTION Topic | Dep. Ex. | Identified By | Admitted |
|---|---|---|---|---|---|
| PX204 | 3/20/2008 | Email from Robert Ferris re Proj. Nor'easter roadshow - Seix meeting | Cope 340 | | |
| PX205 | 3/20/2008 | Email from Stephen Smith re NH Line Loss Letter | | | |
| PX206 | 3/20/2008 | Email from Joshua Gregg re FairPoint Update | Zubieta 530 | | |
| PX207 | 3/21/2008 | Email from Deborah Cieri re FTTP/non-FTTP CO Access Line Loss Report - Feb 2008 | | | |
| PX208 | 3/21/2008 | 3/21/2008 email from Jin Lee to Vanessa Roberts and others and attached Potential Investor | | | |
| PX209 | 3/21/2008 | Email from Vanessa Roberts re FairPoint Bank Syndication Update | Zubieta 12 | | |
| PX210 | 3/24/2008 | Email from John Diercksen re FairPoint Tentative Union Agreements | Diercksen 177 | | |
| PX211 | 3/24/2008 | Email from John Diercksen re FRP Monday market update | Diercksen 176 | | |
| PX212 | 3/24/2008 | Email from Joshua Gregg re Fairpoint Book 3-24-08.xls | Zubieta 531 | | |
| PX213 | 3/25/2008 | Email from Janet Garrity re FRP Monday market update | | | |
| PX214 | 3/25/2008 | Email from John Diercksen and attachment for today's meeting | Smith 4 | | |
| PX215 | 3/25/2008 | Email from Michael Masters re Final TL B allocations | | | |
| PX216 | 3/25/2008 | Email from John Diercksen re FairPoint Transition Services | Smith 48 | | |
| PX217 | 3/26/2008 | Email from John Diercksen re pricing done | Smith 9 | | |
| PX218 | 3/26/2008 | Email from John Diercksen re pricing done | Cope 346 | | |
| PX219 | 3/26/2008 | Email from John Diercksen re Spinco update | | | |
| PX220 | 3/26/2008 | Email from Stephen Smith re Pricing | Olson 103 | | |
| PX221 | 3/26/2008 | $551,000,000 Offering Memorandum - Northern New England Spinco Inc. to be merged with and into Fairpoint Communications, Inc. | Bennett 71 | | |
| PX222 | 3/27/2008 | Email from Jack Callaway re Verizon Called to Say Thank You | | | |
| PX223 | 3/27/2008 | Email from Joshua Lustbader re Verizon Called to Say Thank You | Zubieta 533 | | |
| PX224 | 3/27/2008 | Email from Philip Cope re Congratulations | Cope 347 | | |
| PX225 | 3/30/2008 | Email from Stephen Smith re Nor'easter update | Morrison 454 | | |
| PX226 | 3/30/2008 | Email from Stephen Smith re Nor'easter update | Smith 466 | | |
| PX227 | 3/30/2008 | Email from Stephen Smith re Nor'easter update - VT permits deal to proceed; waiting to hear from | | | |
| PX228 | 3/30/2008 | Transcript of Hearing before Vermont Public Service Board | | | |
| PX229 | 3/31/2008 | Notices of Borrowing to Lehman | Downes 315 | | |
| PX230 | 3/31/2008 | Excerpts from Hawaiian Telcom Communications, Inc. Form 10-K for the period December 31, 2007 | | | |
| PX231 | 3/31/2008 | Email from Margaret Bik re March 2008 Retail Residence Daily Line Loss | | | |
| PX232 | 3/31/2008 | Email from Janet Garrity re Month end cash and | Olson 104 | | |
| PX233 | 3/31/2008 | Officer's Certificate by Stephen E. Smith for Northern New England Spinco, Inc. | Smith 3 | | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | | |
| PX234 | 3/31/2008 | Email from Vanessa Roberts re FairPoint | Zubieta 534 | | |
| PX235 | 3/31/2008 | Email from Michael Masters re Fairpoint Closing Summary | | | |
| PX236 | 3/31/2008 | Debt-for-Debt Exchange Funds Flow Memorandum | Cope 348 | | |
| PX237 | 4/1/2008 | Email from Win Bennett re Funds Flow Memo, with attachment | Bennett 64 | | |
| PX238 | 4/1/2008 | Email from Win Bennett re FairPoint Special distribution | | | |
| PX239 | 4/2/2008 | Email from John Diercksen re NNE Overview | | | |
| PX240 | 4/2/2008 | Email from Paul Vasilopoulos re Fairpoint | Hayes 519 | | |
| PX241 | 4/1/2008 | Email from Stephen Smith re Fund Flow Support Sheet, with attachment | Smith 1 | | |
| PX242 | 4/3/2008 | Email from Neil Olson re Hawaiian Telcom bonds, loans extend losses; sub notes at 21 | Olson 105 | | |
| PX243 | 4/4/2008 | Email from Neil Olson re Hawaiian Telcom bonds, loans extend losses; sub notes at 21 | Olson 106 | | |
| PX244 | 4/6/2008 | Email from John Diercksen re Nor'Easter Volumes | Smith 58 | | |
| PX245 | 4/22/2008 | Email from Mike Haga re SOAC information | | | |
| PX246 | 4/28/2008 | Email from John Diercksen re Business Rules for FRP | Smith 33 | | |
| PX247 | 4/29/2008 | Email from Hassan Hye re FRP System Access request | | | |
| PX248 | 4/30/2008 | Email from Lee Newitt re Confidential | Leach 147 | | |
| PX249 | 5/1/2008 | Email from John Diercksen re Nor'easter Briefing v2.ppt | Diercksen 183 | | |
| PX250 | 5/1/2008 | Email from Fariborz Ebrahimi and attached Nor'easter Briefing v5.ppt | Hye 113 | | |
| PX251 | 5/2/2008 | Email from Fariborz Ebrahimi re Deck for 8:30 am attached, with attachment | Ebrahimi 310 | | |
| PX252 | 5/2/2008 | Email from Stephen Smith re Information Request | | | |
| PX253 | 5/7/2008 | Email from John Diercksen re FRP and the TSA | Smith 45 | | |
| PX254 | | INTENTIONALLY LEFT BLANK | | | |
| PX255 | 5/11/2008 | Email from Peter Nixon re VZ and FRP agreement on IP - Need to Include All Items | Haga 400 | | |
| PX256 | 5/11/2008 | Email from Peter Nixon re VZ and FRP agreement on IP - Need to Include All Items | Burger 302 | | |
| PX257 | 5/14/2008 | Email from John Diercksen re PDF Version of Liberty Monthly Monitoring Report | | | |
| PX258 | 5/15/2008 | Email from John Diercksen re Update - FairPoint Cutover Progress | | | |
| PX259 | 5/16/2008 | Email from John Diercksen re FRP - Transcript - 2008-05-16 | Diercksen 187 | | |
| PX260 | 5/16/2008 | Email from Stephen Smith re FairPoint TSA | Hye 114 | | |
| PX261 | 5/22/2008 | Email from Hassan Hye re Capgemini Access to Verizon systems | Hye 115 | | |
| PX262 | 5/22/2008 | Email from Shaygan Kheradpir re Nov. Seems Most Likely VZ Systems Cutover Date Despite Sept. Target | Ebrahimi 311 | | |
| PX263 | 5/23/2008 | Email from Fariborz Ebrahimi re Capgemini Access to Verizon systems | Ebrahimi 312 | | |

| Trial Ex. | | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | | |
| PX264 | 5/23/2008 | Email from Hassan Hye re Nov. Seems Most Likely VZ Systems Cutover Date Despite Sept. | Hye 116 | | |
| PX265 | 5/23/2008 | Email from Stephen Smith re Capgemini Access to Verizon systems | Smith 35 | | |
| PX266 | 5/23/2008 | Email from John Diercksen re Nov. Seems Most Likely VZ Systems Cutover Date Despite Sept. Target | Smith 34 | | |
| PX267 | 6/5/2008 | Email from Hassan Hye re Flow Thru Metrics as systems readiness indicator | Smith 50 | | |
| PX268 | 6/12/2008 | Email from Shaygan Kheradpir re FRP: Cutover Likely Pushed to November | | | |
| PX269 | 6/20/2008 | Email from Peter Nixon re Extract Metrics - Verizon issue | Haga 408 | | |
| PX270 | 6/26/2008 | Email from Mike Haga re Target Metric Matter | | | |
| PX271 | 7/17/2008 | Email from John Diercksen re Request item to be added to BLG Log | Smith 51 | | |
| PX272 | 7/25/2008 | Email from John Diercksen re Fairpoint | Diercksen 188 | | |
| PX273 | 9/6/2008 | Email from John Diercksen re Gene Johnson | Diercksen 189 | | |
| PX274 | 9/24/2008 | Email from John Diercksen | Diercksen 192 | | |
| PX275 | 10/6/2008 | Email from Al Giammarino re 2009 High Level Assessment - for 3 PM call, with attachment | Johnson 130 | | |
| PX276 | 10/6/2008 | Email from Gary Garvey re Near-term Financial Assessment - Action Required | Johnson 129 | | |
| PX277 | 11/7/2008 | Email from John Diercksen re FRP: First Look 3Q08: Financials and Metrics Worsen | Diercksen 193 | | |
| PX278 | 11/14/2008 | Email from John Diercksen | Diercksen 185 | | |
| PX279 | 11/14/2008 | Email from John Diercksen re FairPoint Systems | Diercksen 184 | | |
| PX280 | 11/24/2008 | Email from Gene Johnson re BOD Presentation | Johnson 131 | | |
| PX281 | 11/25/2008 | Email from Lee Newitt re Final Business Plan, with attachment | | | |
| PX282 | 1/2/2009 | Email from Al Giammarino re Possible Verizon Meeting | | | |
| PX283 | 1/6/2009 | Email from Peter Nixon to Al Giammarino providing attached notes for discussion | | | |
| PX284 | 1/6/2009 | Email from Lee Newitt to A. Giammarino and attached comments | | | |
| PX285 | 1/11/2009 | Email from Al Giammarino re Possible Verizon Meeting, with attachment | | | |
| PX286 | 1/12/2009 | Email from Gene Johnson re Possible Verizon meeting | | | |
| PX287 | 1/12/2009 | Email from Rose Cummings re Possible Verizon Meeting | | | |
| PX288 | 1/12/2009 | Email from Lisa Hood re Possible Verizon Meeting, with attachment | | | |
| PX289 | 1/13/2009 | Email from Al Giammarino re Request for Meeting with Ivan Seidenberg | Johnson 120 | | |
| PX290 | 1/20/2009 | Email from Ivan Seidenberg re FRP - Al G | Diercksen 178 | | |
| PX291 | 1/20/2009 | Email from John Diercksen re FairPoint receipt | Smith 2 | | |
| PX292 | 1/22/2009 | Email from Al Giammarino re December Access Lines and HSD Customers, with attachment | | | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | | |
| PX293 | 1/29/2009 | Email from John Diercksen re Follow Up | | | |
| PX294 | 3/9/2009 | Email from William Wiltshire re Fairpoint | Hayes 523 | | |
| PX295 | 3/18/2009 | Email from Ivan Seidenberg re Fairpoint | | | |
| PX296 | 3/20/2009 | Email from Al Giammarino re Houlihan Lokey Follow-up, with attached proposal letter | Giammarino 170 | | |
| PX297 | 3/26/2009 | Email from Al Giammarino re Rothschild Proposal to Represent Fairpoint, with attached engagement | Johnson 132 | | |
| PX298 | 3/27/2009 | Email from Kam Ng re NY Equity | | | |
| PX299 | 3/27/2009 | Email from Michael Byrne re Final Bondholder reports - NE | | | |
| PX300 | 4/3/2009 | Transcript of New Hampshire PUC hearing | | | |
| PX301 | 5/5/2009 | Fairpoint Form 10-Q for the period March 31, 2009 | | | |
| PX302 | 4/6/2009 | Email from Fariborz Ebrahimi | Ebrahami 313 | | |
| PX303 | 4/30/2009 | Email from David Kauffman re Interesting Reading | | | |
| PX304 | 5/8/2009 | LexisNexis article regarding Fairpoint | Morrison 1 | | |
| PX305 | 6/5/2009 | Email from Paul Vasilopoulos | Hayes 524 | | |
| PX306 | 10/26/2009 | Declaration of Alfred C. Giammarino Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions (Case No. 09-16335) | Giammarino 9 | | |
| PX307 | 3/11/2010 | Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy | | | |
| PX308 | 3/11/2010 | Summary of Classification and Treatment of Claims and Equity Interests Under the Plan (excerpts) - filed 3/11/2010 | | | |
| PX309 | 12/29/2010 | Notice of Filing of Amended Plan Supplement filed in Case No. 09-16335, S.DN.Y. Bankruptcy Court, In re Fairpoint Communications, Inc. | Holliday 5 | | |
| PX310 | 12/29/2010 | Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code - Case No. 09-16335 (BRL) | Kamensky 4 | | |
| PX311 | 1/13/2011 | Order Confirming Debtor's Third Amended Joint Plan of Reorganization | | | |
| PX312 | 1/24/2011 | Fairpoint Litigation Trust Agreement | Holliday 6 | | |
| PX313 | 7/16/2012 | Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories | Kamensky 5 | | |
| PX314 | 1/16/2013 | Letter from Charles Hampton to Graham Morrison | Morrison 455 | | |
| PX315 | 1/21/2013 | Subpoena issued to Capgemini US, LLC | Burger 1 | | |
| PX316-PX399 | | INTENTIONALLY LEFT BLANK | | | |
| PX400 | | Defendants' Responses and Objections to Plaintiff's First Requests for Admissions and Second Interrogatories to Defendants | | | |
| PX401-PX405 | | INTENTIONALLY LEFT BLANK | | | |
| PX406 | 5/7/2007 | Letter from Debevoise & Plimpton to IRS re Request for Rulings | | | |
| PX407 | 10/5/2007 | IRS Ruling | | | |
| PX408 | 3/31/2008 | Credit Agreement | Downes 9 | | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | | |
| PX409 | 3/31/2008 | Notice of Borrowing | | | |
| PX410 | 3/31/2008 | Officer's Certificate | | | |
| PX411 | 5/29/2012 | Letter from Verizon Communications Inc. to Northern New England Spinco Inc. | | | |
| PX412 | 8/15/2008 | Receipt | | | |
| PX413 | 1/15/2007 | Agreement and Plan of Merger | | | |
| PX414 | 4/20/2007 | Amendment 1 to Agreement and Plan of Merger | | | |
| PX415 | 6/28/2007 | Amendment 2 to Agreement and Plan of Merger | | | |
| PX416 | 7/3/2007 | Amendment 3 to Agreement and Plan of Merger | | | |
| PX417 | 11/16/2007 | Amendment 4 to Agreement and Plan of Merger | | | |
| PX418 | 2/25/2008 | Amendment 5 to Agreement and Plan of Merger | | | |
| PX419 | 1/15/2007 | Distribution Agreement | | | |
| PX420 | 3/30/2007 | Amendment 1 to Distribution Agreement | | | |
| PX421 | 6/28/2007 | Amendment 2 to Distribution Agreement | | | |
| PX422 | 7/3/2007 | Amendment 3 to Distribution Agreement | | | |
| PX423 | 2/25/2008 | Amendment 4 to Distribution Agreement | | | |
| PX424 | 3/31/2008 | Amendment 5 to Distribution Agreement | | | |
| PX425 | 2/15/2007 | Tax Sharing Agreement | | | |
| PX426 | 1/15/2007 | Transition Services Agreement | | | |
| PX427 | 3/10/2010 | Bank of America Proof of Claim | | | |
| PX428 | 1/27/2010 | Proof of Claim - Public Service of New Hampshire | | | |
| PX429 | 4/22/2010 | Proof of Claim - Vermont Public Service Board | | | |
| PX430 | 4/22/2010 | Proof of Claim - Vermont Public Service Board | | | |
| PX431 | 12/23/2010 | Proof of Claim - Vermont Public Service Board | | | |
| PX432-PX449 | | INTENTIONALLY LEFT BLANK | | | |
| PX450 | 12/3/2012 | Expert report of Carlyn Taylor | | | |
| PX451 | 1/30/2013 | Rebuttal Report of Carlyn Taylor | | | |
| PX452 | | Exhibit 3 to Carlyn Taylor Deposition | | | |
| PX453 | | CV of Carlyn Taylor | | | |
| PX454 | 5/20/2008 | Fairpoint Form 8K | | | |
| PX455 | 8/8/2008 | Fairpoint Form 10Q for the period June 30, 2008 | | | |
| PX456 | 8/12/2008 | Fairpoint Form 8K | | | |
| PX457 | 11/7/2008 | Fairpoint Form 10Q for the period September 30, 2008 | | | |
| PX458 | 11/12/2008 | Fairpoint Form 8K | | | |
| PX459 | 11/12/2008 | Fairpoint Form 8K | | | |
| PX460 | 3/5/2009 | Fairpoint Form 10K for the period December 31, 2008 | | | |
| PX461 | 3/9/2009 | Fairpoint Form 8K | | | |
| PX462 | 5/8/2009 | Fairpoint Form 10Q for the period March 31, 2009 | | | |
| PX463 | 5/5/2009 | Fairpoint Form 8K | | | |
| PX464 | 2/23/2010 | Fairpoint Form 8K | | | |
| PX465 | 5/28/2010 | Fairpoint Form 10K for the period December 31, 2009 | | | |
| PX466-PX499 | | INTENTIONALLY LEFT BLANK | | | |
| PX500 | 12/3/2012 | Expert Report of Shay Edmondson | | | |
| PX501 | | CV of Shay Edmondson | | | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | | |
| PX502 | 11/14/2006 | Hawaiian Telcom Communications, Inc. Form 10-Q for the period 9/30/2006 | | | |
| PX503 | 5/5/2009 | FairPoint Communications Form 10-Q for the period March 31, 2009 | | | |
| PX504 | 7/13/2006 | Email from Stephen Smith re FRP - Thank you | Smith 26 | | |
| PX505 | 2/13/2007 | Email from Stephen Smith re Nor'easter | Smith 27 | | |
| PX506 | 3/29/2007 | Email from Stephen Smith re Friday Materials, with attachment | | | |
| PX507 | 4/6/2007 | Email from Win Bennett re Nor'easter - Conveyed Systems Request - Draft Prices for Internal Review | Smith 28 | | |
| PX508 | 8/20/2007 | Email from Stephen Smith re Nor'easter TSA | | | |
| PX509 | 11/19/2007 | Email from Stephen Smith re E1 Catalogue | | | |
| PX510 | 1/4/2008 | Email from James Brophy re Missing Product Data - Vital information to tie it all together | Hye 108 | | |
| PX511 | 1/30/2008 | Email from Stephen Smith re FRP/Capgemini Intellectual Property in lieu of Vz concessions | Hye 111 | | |
| PX512 | 2/5/2008 | Email from Jacquelyn Tolliver re Change Request - Product definition (Attribute values) required for Provisioning | | | |
| PX513 | 2/6/2008 | Email from Stephen Smith re Issue re Verizon Conveyed Systems Support | Smith 29 | | |
| PX514 | 2/7/2008 | Email from Stephen Smith re Conveyed Systems Support | Smith 30 | | |
| PX515 | 2/10/2008 | Email from Hassan Hye re Proposed Package of Agreements with FRP and Capgemini | | | |
| PX516 | 2/15/2008 | Email from Stephen Smith re Proposal for Verizon Support and IP Joint Ownership, and attachment | Smith 31 | | |
| PX517 | 2/20/2008 | Email from Michael Harrington re OSS/Network related product definition champion | | | |
| PX518 | 2/22/2008 | Email from Arun Santhanam re Thank you - assistance needed - update from Telcordia | | | |
| PX519 | 2/28/2008 | Email from Vicky Weatherwax re CR #321 - Request for SOAC tables | | | |
| PX520 | 2/29/2008 | Email from Arun Santhanam re CR #321 - Request for SOAC tables | | | |
| PX521 | 3/10/2008 | Email from Hassan Hye re Urgent - FairPoint request for additional SOAC data | | | |
| PX522 | 3/14/2008 | Email from Stephen Smith re Proposal for Verizon Support and IP Joint Ownership, and attachment | Smith 32 | | |
| PX523 | 3/25/2008 | Presentation materials - Nor'Easter Weekly Cutover Status | Nixon 7 | | |
| PX524 | 4/7/2008 | Email from Venkata Achanti re Usage Call Plans (Item for CPC?) | | | |
| PX525 | 4/11/2008 | Email from Mike Haga re UAT is "a go" - Please Read This Email for Important Direction | | | |
| PX526 | 4/16/2008 | Email from Mike Haga re IT Items to Discuss with Ralph | | | |
| PX527 | 4/27/2008 | Email from John Diercksen re Yesterday with FRP/Capgemini | | | |

| Trial Ex. | DESCRIPTION | | Identified By | Admitted |
|---|---|---|---|---|
| | Date | Topic | Dep. Ex. | |
| PX528 | 4/28/2008 | Email from John Diercksen re Business Rules for FRP | | |
| PX529 | 5/7/2008 | Email from John Diercksen re FRP and the TSA | | |
| PX530 | 5/11/2008 | Email from Peter Nixon re VZ and FRP agreement on IP - Need to Include All Items | Haga 400 | |
| PX531 | 5/11/2008 | Email from Peter Nixon re VZ and FRP agreement on IP - Need to Include All Items | Burger 302 | |
| PX532 | 5/15/2008 | Email from John Diercksen re Update - FairPoint Cutover Progress | | |
| PX533 | 5/16/2008 | Email from Stephen Smith re FairPoint TSA | Hye 114 | |
| PX534 | 5/22/2008 | Email from Hassan Hye re Capgemini Access to Verizon systems | Hye 115 | |
| PX535 | 5/22/2008 | Email from Shaygan Kheradpir re Nov. Seems Most Likely VZ Systems Cutover Date Despite Sept. Target | Ebrahimi 311 | |
| PX536 | 5/23/2008 | Email from Fariborz Ebrahimi re Capgemini Access to Verizon systems | Ebrahimi 312 | |
| PX537 | 5/23/2008 | Email from Stephen Smith re Capgemini Access to Verizon systems | Smith 35 | |
| PX538 | 5/23/2008 | Email from John Diercksen re Nov. Seems Most Likely VZ Systems Cutover Date Despite Sept. Target | Smith 34 | |
| PX539 | 6/24/2009 | Email from Patrick Block re UIT Billing Support Resources | | |
| PX540 | | Spreadsheet of Questions/Requirements | | |
| PX541-PX599 | | INTENTIONALLY LEFT BLANK | | |
| PX600 | 2/9/2008 | Email from Paul Vasilopoulos re Weekly M and T Update and Monday meetings | Hayes 512 | |
| PX601 | 2/25/2008 | Fifth Amendment to Credit Agreement | Hayes 9 | |
| PX602 | 2/29/2008 | Email from Paul Vasilopoulos re FairPoint | Hayes 515 | |
| PX603 | 3/6/2008 | Email from Jin Lee re FRP - Public Lenders' Presentation - No Projections, with attachment | Bennett 72 | |
| PX604 | 3/9/2008 | Email from Jack Callaway re Lehman Brothers Commitment and Contribution to Project Nor'Easter, with attachment | Zubieta 532 | |
| PX605 | 12/14/2005 | Email from John Fitzgerald re Access Lines | Fitzgerald 78 | |
| PX606 | 4/2/2008 | Email from Janice Cancelliere re Merrill Lynch - High Priority Request | Fitzgerald 88 | |
| PX607 | 4/7/2008 | Email from John Diercksen re Nor'Easter Volumes | | |
| PX608 | 1/30/2009 | Discussion | | |
| PX609 | 3/18/2009 | Email from Ivan Seidenberg re Fairpoint | | |
| PX610 | 3/30/2009 | Email from Ivan Seidenberg re FairPoint - Stabilization Plan | | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed today using the Court's CM/ECF system that will electronically notify and serve the following counsel of record:

Robert E. Harrington
Andrew W. J. Tarr
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tyron Street, Suite 1900
Charlotte, North Carolina 28246
rharrington@rbh.com
atarr@rbh.com


Philip S. Beck
James B. Heaton, III
Mark L. Levine
Abby Marie Mollen
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
philip.beck@bartlit-beck.com
jb.heaton@bartlit-beck.com
mark.levine@bartlit-beck.com
abby.mollen@bartlit-beck.com
brian.swanson@bbhps.com


Philip D. Anker
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 1007
philip.anker@wilmerhale.com


Craig Goldblatt
Danielle Spinelli
Lauren Hume (awaiting admission)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
craig.goldblatt@wilmerhale.com
danielle.spinelli@wilmerhale.com

Scott H. Angstreich
Reid M. Figel
Andrew E. Goldsmith
David L. Schwarz
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL
1615 M Street, N.W.
Washington D.C. 20036
sangstreich@khte.com
rfigel@khhte.com
agoldsmith@khhte.com
dschwarz@khhte.com

This the 2nd day of December, 2013.

By: /s/ Jonathan D. Sasser
Jonathan D. Sasser