UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 3:11-cv-00597-MOC-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. *ET AL.* LITIGATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES L.L.C.,<br><br>**Defendants.** | |

## THE PARTIES' STIPULATION TO AUTHENTICITY OF EXHIBITS

Plaintiff and Defendants, pursuant to Paragraph F(c) of the Revised Case Management Order, hereby stipulate that the following exhibits are authentic under Fed. R. Evid. 901:

Plaintiffs Exhibits by "PX" number:

    1-229, 231-505, and 507-610.

Defendants' Exhibits by "DX" number:

    1-245, and 247-653.

This the 2nd day of December, 2013.

| | |
|---|---|
| */s/ Jonathan D. Sasser* | /s/ *Robert E. Harrington* |
| Jonathan D. Sasser | Robert E. Harrington (N.C. Bar No. 26967) |
| James M. Weiss | Andrew W. J. Tarr (N.C. Bar No. 31827) |
| **ELLIS & WINTERS LLP** | **ROBINSON, BRADSHAW & HINSON, P.A.** |
| PO Box 33550 | 101 North Tryon Street, Suite 1900 |
| Raleigh, NC 27636 | Charlotte, NC 28246 |
| Phone: 919-865-7000 | Phone: 704-377-8387 |
| Facsimile: 919-865-7010 | Facsimile: 704-373-3987 |
| jon.sasser@elliswinters.com | rharrington@rbh.com |
| jamie.weiss@elliswinters.com | |
| | |
| *Of Counsel:* | *Of Counsel:* |
| J. Wiley George | Philip S. Beck |
| Robin Russell | Mark L. Levine |
| Charles B. Hampton | James B. Heaton, III |
| Scott Locher | Brian C. Swanson |
| **ANDREWS KURTH LLP** | Abby M. Mollen |
| 600 Travis, Suite 4200 | **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP** |
| Houston, TX 77002 | 54 West Hubbard, Suite 300 |
| Phone: 713-220-4200 | Chicago, IL 60654 |
| Facsimile: 713-238-7192 | Phone: 312-494-4400 |
| wileygeorge@andrewskurth.com | Facsimile: 312-494-4440 |
| rrussell@andrewskurth.com | philip.beck@bartlit-beck.com |
| champton@akllp.com | mark.levine@bartlit-beck.com |
| slocher@akllp.com | jb.heaton@bartlit-beck.com |
| | brian.swanson@bartlit-beck.com |
| Paul N. Silverstein | abby.mollen@bartlit-beck.com |
| **ANDREWS KURTH LLP** | |
| 450 Lexington Avenue | Philip D. Anker |
| New York, NY 10017 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| Phone: 212-850-2800 | 7 World Trade Center |
| Facsimile: 212-850-2929 | 250 Greenwich Street |
| paulsilverstein@andrewskurth.com | New York, NY 10007 |
| | Phone: 212-230-8890 |
| *Attorneys for Plaintiff* | Facsimile: 212-230-8800 |
| | philip.anker@wilmerhale.com |
| | |
| | *Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed today using the Court's CM/ECF system that will electronically notify and serve the following counsel of record:

Robert E. Harrington
Andrew W. J. Tarr
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tyron Street, Suite 1900
Charlotte, North Carolina 28246
rharrington@rbh.com
atarr@rbh.com


Philip S. Beck
James B. Heaton, III
Mark L. Levine
Abby Marie Mollen
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
philip.beck@bartlit-beck.com
jb.heaton@bartlit-beck.com
mark.levine@bartlit-beck.com
abby.mollen@bartlit-beck.com
brian.swanson@bbhps.com


Philip D. Anker
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 1007
philip.anker@wilmerhale.com


Craig Goldblatt
Danielle Spinelli
Lauren Hume (awaiting admission)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
craig.goldblatt@wilmerhale.com
danielle.spinelli@wilmerhale.com

Scott H. Angstreich
Reid M. Figel
Andrew E. Goldsmith
David L. Schwarz
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL
1615 M Street, N.W.
Washington D.C. 20036
sangstreich@khte.com
rfigel@khhte.com
agoldsmith@khhte.com
dschwarz@khhte.com

    This the 2nd day of December, 2013.

    By:  /s/ Jonathan D. Sasser
           Jonathan D. Sasser