IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-cv-00597-MOC-DCK

| | |
|---|---|
| THE FAIRPOINT COMMUNICATIONS, INC. ET AL. LITIGATION TRUST,<br><br>Plaintiff,<br><br>- v. -<br><br>VERIZON COMMUNICATIONS, INC., NYNEX CORPORATION, VERIZON NEW ENGLAND, INC., AND VERIZON INFORMATION TECHNOLOGIES L.L.C.,<br><br>Defendants. | |

## STIPULATION AS TO EXPERT QUALIFICATIONS

Plaintiff, The FairPoint Communications, Inc. et al. Litigation Trust, and Defendants Verizon Communications Inc., NYNEX LLC, Verizon New England Inc., and Verizon Information Technologies LLC hereby stipulate to the qualifications of the following expert witnesses in the subject matters indicated below:

| Expert Witness Name | Stipulated Expert Qualification Subject Matter |
|---|---|
| Plaintiff's Expert Witnesses: | |
| Shay Edmondson | Information Technology Integration |
| Edward Osterberg | Corporate Taxation |
| Carlyn Taylor | Valuation |
| | |

| Defendants' Expert Witnesses | |
|---|---|
| Deborah Aron | Telecommunications Economics |
| Bradford Cornell | Event Study Analysis |
| Craig Elson | Valuation |
| Ray Groth | Corporate Due Diligence |
| Robert Wellen | Corporate Taxation |

This 3rd day of December, 2013.

/s/ Charles B. Hampton
Jonathan D. Sasser (N.C. Bar No. 10028)
James M. Weiss (N.C. Bar No. 43286)
**ELLIS & WINTERS LLP**
PO Box 33550
Raleigh, NC 27636
Phone: 919-865-7000
Facsimile: 919-865-7010
jon.sasser@elliswinters.com
jamie.weiss@elliswinters.com

*Of Counsel:*
J. Wiley George
Robin Russell
Charles B. Hampton
Scott Locher
**ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, TX 77002
Phone: 713-220-4200
Facsimile: 713-238-7192
wileygeorge@andrewskurth.com
rrussell@andrewskurth.com
champton@akllp.com
slocher@akllp.com

Paul N. Silverstein
**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, NY 10017

/s/ Robert E. Harrington
Robert E. Harrington (N.C. Bar No. 26967)
Andrew W. J. Tarr (N.C. Bar No. 31827)
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Phone: 704-377-8387
Facsimile: 704-373-3987
rharrington@rbh.com
atarr@rbh.com

*Of Counsel:*
Philip S. Beck
Mark L. Levine
James B. Heaton, III
Brian C. Swanson
Abby M. Mollen
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60654
Phone: 312-494-4400
Facsimile: 312-494-4440
philip.beck@bartlit-beck.com
mark.levine@bartlit-beck.com
jb.heaton@bartlit-beck.com
brian.swanson@bartlit-beck.com
abby.mollen@bartlit-beck.com

Phone: 212-850-2800
Facsimile: 212-850-2929
paulsilverstein@andrewskurth.com

*Attorneys for Plaintiff*

Philip D. Anker
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: 212-230-8890
Facsimile: 212-230-8800
philip.anker@wilmerhale.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today using the Court's CM/ECF system which will electronically notify the following counsel of record:

>Jonathan D. Sasser
>James M. Weiss
>**ELLIS & WINTERS LLP**
>PO Box 33550
>Raleigh, North Carolina 27636
>jon.sasser@elliswinters.com
>jamie.weiss@elliswinters.com
>
>J. Wiley George
>Robin Russell
>Charles B. Hampton
>Scott Locher
>**ANDREWS KURTH LLP**
>600 Travis, Suite 4200
>Houston, Texas 77002
>wileygeorge@andrewskurth.com
>rrussell@andrewskurth.com
>champton@akllp.com
>slocher@akllp.com
>
>Paul N. Silverstein
>**ANDREWS KURTH LLP**
>450 Lexington Avenue
>New York, New York 10017
>paulsilverstein@andrewskurth.com

This 3rd day of December, 2013.

>s/ Robert E. Harrington
>Robert E. Harrington